UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

|  |  |
|---|---|
| In re: DAILY FANTASY SPORTS LITIGATION | MDL No. 16-02677-GAO |
| This Document Relates To: | |
| GOMEZ, et al. v. FANDUEL, INC, et al. | 16-cv-10239-GAO |
| WAX, et al. v. FANDUEL, INC., et al. | 16-cv-10285-GAO |
| GUTTMAN, et al. v. VISA, INC., et al. | 16-cv-10321-GAO |

## NOTICE OF APPEARANCE

Please enter the appearance of Justin J. Wolosz of Choate, Hall & Stewart LLP, Two International Place, Boston, MA 02110, on behalf of Defendants 21st Century Fox and Fox Sports Interactive Media LLC.

Dated: February 25, 2016

Respectfully submitted,

21st CENTURY FOX and
FOX SPORTS INTERACTIVE MEDIA LLC

By their counsel,

*/s/ Justin J. Wolosz*
R.J. Cinquegrana (BBO #084100)
Jennifer E. Tracy (BBO #661539)
Justin J. Wolosz (BBO #643543)
CHOATE, HALL & STEWART LLP
Two International Place
Boston, Massachusetts 02110
Tele: (617) 248-5000
Fax: (617) 248-4000
rcinquegrana@choate.com
jtracy@choate.com
jwolosz@choate.com

7301251v1

## CERTIFICATE OF SERVICE

I hereby certify that this document filed through the ECF system will be sent electronically to the registered participants as identified on the Notice of Electronic Filing (NEF) and that paper copies will be sent to those non-registered participants (if any) on February 25, 2016.

/s/ *Justin J. Wolosz*
Justin J. Wolosz

7301251v1