AO 458 (Rev. 06/09) Appearance of Counsel

# UNITED STATES DISTRICT COURT
for the
District of Massachusetts

| | | |
|---|---|---|
| In Re: Daily Fantasy Sports Litigation | ) | |
| *Plaintiff* | ) | |
| v. | ) | Case No. 1:16-md-02677-GAO |
| | ) | |
| *Defendant* | ) | |

**APPEARANCE OF COUNSEL**

To: The clerk of court and all parties of record

I am admitted or otherwise authorized to practice in this court, and I appear in this case as counsel for:

Plaintiff Jamie Facenda.

Date: 02/25/2016

/s/ Amy Williams-Derry
*Attorney's signature*

Amy Williams-Derry, Mass. BBO #568953
*Printed name and bar number*

Keller Rohrback L.L.P.
1201 Third Avenue, Suite 3200
Seattle, WA 98101
*Address*

awilliams-derry@kellerrohrback.com
*E-mail address*

(206) 623-1900
*Telephone number*

(206) 623-3384
*FAX number*