**UNITED STATES DISTRICT COURT**
**DISTRICT OF MASSACHUSETTS**

| | |
|---|---|
| In Re: DAILY FANTASY SPORTS LITIGATION<br><br>***This Document Relates To:***<br><br>**All Actions** | MDL No. 1:16-MD-02677-GAO |

# NOTICE OF APPEARANCE

Please enter the appearance of David F. McDowell, Morrison & Foerster LLP, 707 Wilshire Boulevard, Suite 6000, Los Angeles, CA 90017-3543, on behalf of Defendants FanDuel, Inc. and FanDuel Deposits, LLC in the above-captioned matter.

Dated: March 3, 2016

Respectfully submitted,

FANDUEL, INC. and FANDUEL DEPOSITS, LLC

By their counsel,
MORRISON & FOERSTER LLP

By: /s/ *David F. McDowell*

David F. McDowell
DMcDowell@mofo.com
707 Wilshire Boulevard, Suite 6000
Los Angeles, CA 90017-3543
Telephone:    (213) 892-5200
Facsimile:    (213) 892-5454

sf-3627783

## CERTIFICATE OF SERVICE

I hereby certify that on this 3rd day of March 2016, the foregoing document was electronically filed with the Clerk of the Court using the CM/ECF system and will be sent electronically to the registered participants as identified on the Notice of Electronic Filing (NEF), pursuant to Local Rule 5.4(C).

Dated: March 3, 2016

*/s/ David F. McDowell*
David F. McDowell