AO 458 (Rev. 06/09) Appearance of Counsel

# UNITED STATES DISTRICT COURT
for the
District of Massachusetts

In Re: Daily Sports Litigation )
*Plaintiff* )
v. ) Case No. 1:16-md-02677-GAO
)
*Defendant* )

**APPEARANCE OF COUNSEL**

To: The clerk of court and all parties of record

I am admitted or otherwise authorized to practice in this court, and I appear in this case as counsel for:

Plaintiff Jamie Facenda    .

Date: 03/07/2016

/s/Darren T. Kaplan
*Attorney's signature*

Darren T. Kaplan (NY  2447381)
*Printed name and bar number*

Stueve Seigel Hanson, LLP
1359 Broadway, Suite 2001
New York, NY 10018
*Address*

kaplan@stuevesiegel.com
*E-mail address*

(212) 999-7370
*Telephone number*

(816) 714-7101
*FAX number*