**AGENDA FOR DFS MDL INITIAL CONFERENCE**
**(March 11, 2016 – 11:00 a.m. EST)**
**Judge O'Toole, Courtroom 22, 7ᵗʰ Floor**

I.      Status of Leadership Discussions

    A.      Plaintiffs

        1.      Report of Interim Liaison Counsel

            i.      Leadership Structure – Status;

            ii.      Filling Leadership Positions – Status;

            iii.      Possible Process for Selection;

            iv.      Target Date for Resolution – 04/01/2016.

        2.      If the Court wishes to have Submissions, Proposed Schedule

            i.      Submission to Court – 03/18/2016;

            ii.      Hearing.

II.      Threshold/Jurisdictional Issues

    A.      Pro Hac Vice Admission Process

    B.      Motions to Remand

        1.      *Rohrs v. DraftKings* (16-cv-10036):  Fully briefed (Dkts. 10, 11, 13);

        2.      *Tewes v. DraftKings and Tewes v. FanDuel*: Briefing underway.

    C.      Additional Cases That May Be Transferred by the JPML;

        1.      *DeGroot; Lahoff; Fishler; Delgado; Leung* (briefing complete by 3/24).

III.      Substantive Issues to be Addressed Once Leadership is in Place

    A.      Service, Master Case List;

    B.      Master Complaint(s);

          1.      Is this a single complaint action or multiple complaints?

IV.     Additional Issues

    A.    Plaintiffs

        1.      Financial Viability/Insurance Issues;

        2.      Purported Florida State Attorney General Action.

    B.    Defendants

        1.      Arbitration;

        2.      Personal Jurisdiction Motions;

        3.      Request for Stay of Discovery.

V.     Proposed Schedule Going Forward

    A.    Selection of Leadership – 04/01/2016;

    B.    Development of Proposed Schedule Including Filing of Master Complaint(s) – 04/15/2016

    C.    Status Conference to Address Schedule and Order of Issues.

VI.    Miscellaneous/Other Matters