## UNITED STATES DISTRICT COURT
## DISTRICT OF MASSACHUSETTS

_____
                                                      )
In re: DAILY FANTASY SPORTS LITIGATION     )          MDL No. 16-02677-GAO
                                                      )
This Document Relates To:                      )
                                                      )
    All Cases                              )
_____)

### PARTIES' AGENDA FOR SEPTEMBER 29, 2016 CONFERENCE

I.      Review Stipulation and (Proposed) Scheduling Order;

    a.  Review Threshold Issues;

    b.  Proposed Schedule;

II.    Remaining Issue – Motions to Dismiss/Answers

    a.  <u>Plaintiffs' Position</u>:

        Plaintiffs propose that for any individual with respect to whom any Defendant is not moving to compel arbitration, Defendants respond to the Master Complaint on or before December 16, 2016.  The outcome of any motions to compel arbitration will not cause duplicative briefing because it is likely that any outcome of dispositive briefing against any individual against whom Defendants are not moving to compel arbitration will also apply to individuals against whom Defendants file motions to compel arbitration should those individuals remain before this Court.  Delaying dispositive motions will not lead to the efficient resolution of this litigation.

    b.  <u>Defendants' Position</u>:

        Defendants propose that any response to the claims of any plaintiff(s) not subject to motions to compel arbitration be deferred pending the Court's ruling on any such motions.  Deferring Defendants' response to these claims (if any) until the Court

determines which plaintiffs and claims will remain before it will enable Defendants to move to dismiss only once and avoid duplicative motion practice (*i.e.*, a motion to dismiss any claims not subject to arbitration motions and a second motion to dismiss any claims for which this Court declines to compel arbitration).  If motions to dismiss are deferred and Defendants' motions to compel arbitration are denied in full or in part, Defendants agree that the District Court proceeding shall not be stayed pending any application for interlocutory review of said denial.

III.    Further Scheduling

Respectfully Submitted,

/s/
_____
Christopher Weld, Jr. (BBO #: 522230)
TODD & WELD LLP
One Federal Street
Boston, MA 02110
Telephone: (617) 720-2626
Facsimile: (617) 227-5777
Email: cweld@toddweld.com

*Liaison Counsel for Plaintiffs and Executive Committee Member*

Hunter J. Shkolnik
NAPOLI SHKOLNIK, PLLC
360 Lexington Avenue, 11th Floor
New York, NY 10017
Telephone: (212) 397-1000
Facsimile: (646) 843-7603
Email: hunter@napolilaw.com

Jasper D. Ward IV
Alexander C. Davis
JONES WARD PLC
Taylor Building
312 South Fourth Street, 6th Floor
Louisville, KY 40202
Telephone: (502) 882-6000
Facsimile: (502) 587-2007
Email: jasper@jonesward.com
alex@jonesward.com

Melissa R. Emert
Howard T. Longman
STULL, STULL & BRODY
6 East 45th Street
New York, NY 10017
Telephone: (212) 687-7230
Facsimile: (212) 490-2022
Email: memert@ssbny.com
hlongman@ssbny.com

*Co-Lead Counsel for Plaintiffs*

/s/
_____
Damien Marshall
Leigh M. Nathanson
BOIES, SCHILLER & FLEXNER LLP
575 Lexington Avenue
New York, New York 10022
212.446.2300
dmarshall@bsfllp.com
lnathanson@bsfllp.com

*Counsel for Defendant DraftKings, Inc.*

/s/
_____
George R. Calhoun, V
IFRAH PLLC
1717 Pennsylvania Ave, N.W.
Washington, DC 20006
(202) 524-4140
george@ifrahlaw.com

*Counsel for Defendant Vantiv, Inc.*

/s/
_____
David McDowell
MORRISON & FOERSTER LLP
707 Wilshire Boulevard
Los Angeles, CA 90017-3543
P: +1 (213) 892.5383
DMcDowell@mofo.com

Jamie Levitt
MORRISON & FOERSTER LLP
250 West 55th Street
New York, NY 10019
P: +1(212) 468-8203
JLevitt@mofo.com

*Counsel for Defendants Fan Duel, LLC and
Fan Duel Deposits, LLC*

/s/
_____

Lee F. Berger
Behnam Dayanim
PAUL HASTINGS LLP
875 15th Street, NW
Washington, DC 20005
(202) 551-1772
leeberger@paulhastings.com
bdayanim@paulhastings.com

David S. Godkin
James E. Kruzer
BIRNBAUM & GODKIN, LLP
280 Summer Street
Boston, MA 02210
617-307-6100
godkin@birnbaumgodkin.com

*Counsel for Defendant Paysafecard.com
USA, Inc.*