# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| IN RE: DAILY FANTASY SPORTS LITIGATION | 1:16-md-02677-GAO |

# DECLARATION OF DYLAN KIDDER IN SUPPORT OF FANDUEL, INC. AND FANDUEL DEPOSIT LLC'S MOTION TO COMPEL ARBITRATION

sf-3711948

I, Dylan Kidder, declare:

1. I am over the age of eighteen years and am competent and authorized to make this declaration. The facts and statements made here are based on my personal knowledge, which derives from my work at FanDuel, Inc. ("FanDuel"), my general familiarity with FanDuel's business and operations, and from my review of records kept by FanDuel in the regular course of business. If called as a witness, I could and would testify to the statements and facts herein, all of which are true and accurate to the best of my knowledge and belief.

2. I am currently employed by FanDuel as customer support manager. I've been employed by FanDuel since March 2012.

3. In my capacity as customer support manager, I am generally familiar with FanDuel's business organization, structure, and operations.

4. FanDuel operates a website at www.fanduel.com and related mobile application, where it offers, and where account holders can play, FanDuel's Internet-based fantasy sports games.

5. All players must register a FanDuel account before they are eligible or permitted to play any FanDuel online fantasy sports contest.

6. To register an account, prospective players must navigate to FanDuel's website[1] and then click the "Join Now" or "Join" button, which takes them to a registration form they must complete before continuing. A true and correct copy of FanDuel's registration form as it appeared in or around 2015 and as it appears as of November 15, 2016, are attached as **Exhibits A and B**, respectively.

7. The registration form requires prospective players to enter a name, e-mail address, and their desired FanDuel username and password.

8. After completing this registration form, prospective players must then click the "Play Now" button on the form. Prospective players cannot participate in FanDuel's contests

---

[1] Prospective players can also register by downloading, installing, and opening FanDuel's mobile application, which provides a similar registration process.

until they complete the form and click this button.  Just below the "Play Now" button, there is a notification that states: "By signing up, you confirm that you are at least 18 years of age and agree to the **Terms of Use**."  The phrase "Terms of Use" is in bold and is hyperlinked to take prospective players immediately to FanDuel's Terms of Use at www.fanduel.com/terms.

9. Attached as **Exhibits C and D** are true and correct copies of FanDuel's Terms of Use in effect as of August 19, 2013, and November 15, 2016, respectively.  FanDuel has made no material changes to Section 15 of its Terms of Use since August 19, 2013.  Attached as **Exhibit E** is a true and correct copy of a document that I retrieved from the Internet Archives at https://archive.org/web/.[2]  This document appears to be, and I believe it is, an archived version of FanDuel's Terms of Use that were in effect as of December 30, 2010.

10. FanDuel's complete Terms of Use are accessible from virtually every page of FanDuel's website at www.fanduel.com.

11. In April 2016, FanDuel notified players with registered accounts of changes to its Terms of Use by e-mailing notice to the players' e-mail addresses on file.

12. I have reviewed FanDuel's business records to find account information for various account holders who I understand are plaintiffs in this case.  I searched FanDuel's account records using these individuals' first and last names, and where available, their account usernames.  Based on my review of the records, I have determined that only two plaintiffs registered with FanDuel before August 19, 2013: Brian Martinelli registered his FanDuel account on March 28, 2013; Scott Walters registered his account on March 18, 2013.

13. Attached as **Exhibit F** is a true and correct copy of FanDuel's Terms of use in effect as of Mach 18, 2013.

14. Mr. Martinelli last played on FanDuel's website on October 21, 2015.

15. Mr. Walters last played on FanDuel's website on November 14, 2016.

---

[2] Specifically, this document is located at the following url address:
https://web.archive.org/web/20101230162559/http:/www.fanduel.com/p/OutsideTerms

16. Both Mr. Martinelli and Mr. Walters maintain active accounts with FanDuel as of the date of this declaration.

I declare under penalty of perjury under the laws of the United States that the foregoing is true and correct. Executed on this 16th day of November 2016, in New York, New York.

*/s/ Dylan Kidder*
Dylan Kidder