UNITED STATES DISTRICT COURT

DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| IN RE: DAILY FANTASY SPORTS LITIGATION<br><br>THIS DOCUMENT RELATES TO:<br><br>All Actions | MDL No. 1:16-md-02677-GAO |

**PLAINTIFFS' ASSENTED TO MOTION FOR LEAVE TO FILE UNDER SEAL EXHIBIT A IN SUPPORT OF PLAINTIFFS' OPPOSITION TO DEFENDANTS' MOTION TO COMPEL ARBITRATION**

Pursuant to United States District Court for the District of Massachusetts Local Rule 7.2, the Plaintiffs hereby respectfully seek leave of Court to file under seal Exhibit A to Plaintiff's Response to Defendants FanDuel, Inc. and FanDuel Deposits, LLC's Motion to Compel Arbitration.

Plaintiffs intend to attach to their memorandum documents produced by FanDuel, Inc. as an exhibit. In accordance with the parties' proposed stipulated protective order (*see* ECF No. 327-1), FanDuel, Inc. designated this document as "Confidential". Pursuant to Section 7 of that proposed stipulated protective order, documents designated as confidential must be filed under seal. *See* ECF No. 327-1, p. 8.

Pursuant to Local Rule 7.2(a), Plaintiffs believe that the confidential documents should be impounded until further order of the Court. Plaintiffs further suggest that the documents be returned to counsel for FanDuel, Inc. after the impoundment period.

**FanDuel, Inc. and FanDuel Deposits, LLC have assented to this motion.**

WHEREFORE, the Plaintiffs respectfully request that this Motion be allowed.

Respectfully Submitted,

/s/ Christopher Weld, Jr.
Christopher Weld, Jr. (BBO#522230)
**TODD & WELD LLP**
One Federal Street, 27th Floor
Boston, MA 02110
Telephone: (617) 720-2626
Facsimile: (617) 227-5777
Email: cweld@toddweld.com

*Liaison Counsel and Executive Committee Member*
Hunter J. Shkolnik
**NAPOLI SHKOLNIK, PLLC**
360 Lexington Avenue, 11th Floor
New York, NY 10017
Telephone: (212) 397-1000
Facsimile: (646) 843-7603
Email: hunter@napolilaw.com

Jasper D. Ward IV
Alexander C. Davis
**JONES WARD PLC**
Taylor Building
312 South Fourth Street, 6th Floor
Louisville, KY 40202
Telephone: (502) 882-6000
Facsimile: (502) 587-2007
Email: jasper@jonesward.com
alex@jonesward.com

Melissa R. Emert Howard T. Longman
**STULL, STULL & BRODY**
6 East 45th Street
New York, NY 10017
Telephone: (212) 687-7230
Facsimile: (212) 490-2022
Email: memert@ssbny.com hlongman@ssbny.com

*Co-Lead Counsel*

## CERTIFICATION PURSUANT TO LOCAL RULE 7.1(A)(2)

Pursuant to Local Rule 7.1(A)(2), the undersigned attorney certifies that counsel for Plaintiffs have conferred and have attempted in good faith to resolve or narrow the issue with regard to filing the attached documents under seal. Defendants' counsel has assented to this motion.

/s/ Christopher Weld, Jr.

## CERTIFICATE OF SERVICE

I hereby certify that on January 9, 2017, the foregoing was served via U.S. Mail and electronic mail to counsel of record for Defendant.

/s/ Christopher Weld, Jr.