UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

|  |  |  |
|---|---|---|
| In re: DAILY FANTASY SPORTS LITIGATION | ) | MDL No. 16-02677-GAO |
| This Document Relates To: | ) | |
|    All Cases | ) | |

**PLAINTIFFS' NOTICE AND MOTION TO FILE LIMITED
SUPPLEMENTAL BRIEFING**

Plaintiffs submit the attached decision by the Second Circuit in *Meyer v. Uber* for the Court's review. 16-2750-cv, August 17, 2017 (attached Exhibit A). In *Meyer,* the Second Circuit ruled on and discussed in greater detail what constitutes "reasonable notice" of an arbitration clause during the user sign-up process. While the Second Circuit reversed the District Court and found that Uber's sign-in process provided reasonable notice, under the very fact-specific and detailed analysis it articulated FanDuel's does not pass muster. Specifically, the Second Circuit found that, among other things, "a reasonably prudent smartphone user knows that text that is highlighted in blue and underlined is hyperlinked to another webpage where additional information will be found." *Id.* at *24. As previously discussed in the briefing in this case and at oral argument on July 12, 2017, FanDuel's link to the Terms of Use were not blue, were not underlined and in fact other hyperlinks presented to the user on the same screen *were* actually blue and underlined.

Plaintiffs also respectfully move the Court for leave to file a supplemental, three-page brief with a more extensive analysis and argument as to how this decision affects whether FanDuel's arbitration clause was ever formed under New York law. Plaintiffs will file their supplemental brief within five days of the Court's Order permitting this brief.

1

Respectfully Submitted,

/s/ Christopher Weld, Jr.
Christopher Weld, Jr. (BBO#522230)
TODD & WELD LLP
One Federal Street
Boston, MA 02110
Telephone: (617) 720-2626
Email: cweld@toddweld.com

*Liaison Counsel and Executive Committee Member*

Hunter J. Shkolnik
NAPOLI SHKOLNIK, PLLC
360 Lexington Avenue, 11th Floor
New York, NY 10017
Telephone: (212) 397-1000
hunter@napolilaw.com

Jasper D. Ward IV
Alexander C. Davis
JONES WARD PLC
1205 E. Washington Street, Suite 111
Louisville, KY 40206
Telephone: (502) 882-6000
jasper@jonesward.com
alex@jonesward.com

Melissa R. Emert
Howard T. Longman
STULL, STULL & BRODY
6 East 45th Street New York, NY 10017
Telephone: (212) 687-7230
memert@ssbny.com
hlongman@ssbny.com

*Co-Lead Counsel*

## CERTIFICATE OF SERVICE

      I, Christopher Weld, Jr., hereby certify that on this 18th day of August, 2017, this document was electronically filed with the Clerk of the Court using the CM/ECF system and will be sent electronically to the registered participants as identified on the Notice of Electronic Filing (NEF), pursuant to Local Rule 5.4(C).

      /s/ Christopher Weld, Jr.