**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF MASSACHUSETTS**

|  |  |
|---|---|
| IN RE: DAILY FANTASY SPORTS LITIGATION | 1:16-md-02677-GAO |

**DEFENDANT FANDUEL, INC.'S RESPONSE TO, AND PARTIAL JOINDER IN, PLAINTIFFS' NOTICE AND MOTION TO FILE LIMITED SUPPLEMENTAL BRIEFING**

Defendant FanDuel, Inc. ("FanDuel") hereby responds to, and partially joins in, Plaintiffs' Notice and Motion to File Limited Supplemental Briefing.  (Dkt. No. 355.)  FanDuel agrees that the Court should consider the recently issued decision by the United States Court of Appeals for the Second Circuit in *Meyer v. Uber Technologies, Inc.*, -- F.3d --, Nos. 16-2750-cv, 16-2752-cv (2d Cir. Aug. 17, 2017), in which the Court held that an electronic page with language and hyperlinks to relevant terms and conditions similar to those displayed on FanDuel's interface were sufficient to place the plaintiff on reasonable notice of the terms to which he was agreeing to be bound.  (*See* slip op. at 24-27, 30.)

To the extent the Court grants Plaintiffs' request for additional briefing regarding the *Meyer* decision, FanDuel requests an opportunity to respond to Plaintiffs' brief with a three-page reply to be filed within five days of Plaintiffs' submission.

Dated: August 21, 2017

Respectfully submitted,

/s/ David F. McDowell

DAVID F. McDOWELL
DMcDowell@mofo.com
MORRISON & FOERSTER LLP
707 Wilshire Boulevard, Suite 6000
Los Angeles, CA 90017-3543
Telephone: (213) 892-5200
Facsimile: (213) 892-5454

1

KAI S. BARTOLOMEO
Kbartolomeo@mofo.com
MORRISON & FOERSTER LLP
12531 High Bluff Drive Suite 100
San Diego, CA 92130-2040
Telephone: (858) 720-5100
Facsimile: (858) 720-5125

*Attorneys for Defendants FanDuel, Inc.*

**CERTIFICATE OF SERVICE**

I hereby certify that on this 21st day of August 2017, the foregoing document was electronically filed with the Clerk of the Court using the CM/ECF system and will be sent electronically to the registered participants as identified on the Notice of Electronic Filing (NEF), pursuant to Local Rule 5.4(C).

/s/  David F. McDowell
David F. McDowell