# APPENDIX A

**Appendix A**



Sources: *Meyer v. Uber Technologies, Inc.*, --- F.3d ----, 2017 WL 3526682 (2d Cir. Aug. 17, 2017); Appendix of Exhibits to Defendant FanDuel, Inc.'s Reply in Support of Its Motion to Compel Arbitration, ECF No. 336-1; Decl. of Dylan Kidder ¶ 8 and Ex. A, ECF Nos. 318-1, 318-2.

sd-705613