# UNITED STATES DISTRICT COURT
# DISTRICT OF MASSACHUSETTS

MDL No. 16-02677-GAO

In re: DAILY FANTASY SPORTS LIGITATION   )

## NOTICE OF APPEARANCE

I, Peter M. Vetere, pursuant to Mass. R. Civ. P. 11(b)(2), hereby enter my appearance as counsel for Defendant, DraftKings, Inc. in this action.

Respectfully submitted,

/s/ *Peter M. Vetere*
Peter M. Vetere (BBO #681661)
ARROWOOD LLP
10 Post Office Square, 7th Floor-South
Boston, MA  02109
Tel: 617-849-6200
Fax: 617-849-6201
pvetere@arrowoodllp.com

Dated: January 11, 2018

## CERTIFICATE OF SERVICE

I, Peter M. Vetere, hereby certify that this document was filed on January 11, 2018 through the ECF system and will be sent electronically to the registered participants as identified in the Notice of Electronic Filing (NEF).

/s/ *Peter M. Vetere*