# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| IN RE: DAILY FANTASY SPORTS LITIGATION | 1:16-md-02677-GAO |

## DECLARATION OF JENNIFER GIUDICE IN FURTHER SUPPORT OF FANDUEL, INC. AND FANDUEL DEPOSIT LLC'S
## MOTION TO COMPEL ARBITRATION

I, Jennifer Giudice, declare:

1. I am over the age of eighteen years and am competent and authorized to make this declaration. The facts and statements made here are based on my personal knowledge, which derives from my work at FanDuel, Inc. ("FanDuel"), my general familiarity with FanDuel's business and operations, and from my review of records kept by FanDuel in the regular course of business. If called as a witness, I could and would testify to the statements and facts herein, all of which are true and accurate to the best of my knowledge and belief.

2. I am currently employed by FanDuel as Customer Support, Senior Manager. I have been employed by FanDuel since August 2012.

3. In my capacity as Customer Support, Senior Manager, I oversee all FanDuel customer service alongside one other senior manager. As such, I am generally familiar with both the current and historical operation and functionality of FanDuel's website (www.fanduel.com), including the operation and functionality of the customer sign in flow on that website.[1]

4. I have reviewed the Declaration of Dylan Kidder in Support of FanDuel's Motion to Compel Arbitration and exhibits thereto, which I understand were submitted on November 16, 2016. I am submitting this declaration to clarify information regarding one of the screenshots attached as an exhibit to Mr. Kidder's declaration.

5. The screenshot attached as Exhibit A to Mr. Kidder's November 16, 2016 Declaration is a screenshot of FanDuel's registration form as it appeared in or around 2015, when the prospective player was **not** hovering their mouse over the "Terms of Use." A prospective player would have navigated to this registration form by accessing FanDuel's website and then clicking the "Join Now" or "Join" button.

6. For as long as I have worked at FanDuel, the reference to the Terms of

---

[1] Prospective players can also register by downloading, installing, and opening FanDuel's mobile application, which provides a similar registration process.

Use on Exhibit A to Mr. Kidder's Declaration (and any subsequent or similar reference to "Terms" or "Terms of Service") has functioned as a hyperlink. This means that: (a) when a prospective player hovers his or her mouse over the reference, it becomes underlined; and (b) if selected by a user, the user will be taken to FanDuel's Terms of Use.

7. Attached as Ex. A to this declaration is a true and correct copy of a screenshot of the registration page attached to Mr. Kidder's November 16, 2016 declaration as it would appear if a prospective player were hovering his or her mouse over the "Terms of Use." I created this screenshot by accessing the May 21, 2015 version of FanDuel's website via the Internet Archive, which is located at the url address: https://web.archive.org/web/20150521020001/https:/www.fanduel.com. I then navigated to the registration page by clicking "Join Now" and then hovered my mouse over the bolded "Terms of Use."

I declare under penalty of perjury under the laws of the United States that the foregoing is true and correct. Executed on this 10th day of December 2018, in Orlando, Florida.

_____
Jennifer Giudice

**CERTIFICATE OF SERVICE**

    I hereby certify that on this 10th day of December 2018, the foregoing document was electronically filed with the Clerk of the Court using the CM/ECF system and will be sent electronically to the registered participants as identified on the Notice of Electronic Filing (NEF), pursuant to Local Rule 5.4(C).

                                          /s/ Marc Zwillinger
                                          Marc Zwillinger