**UNITED STATES DISTRICT COURT**
**DISTRICT OF MASSACHUSETTS**

IN RE DAILY FANTASY SPORTS
LITIGATION

1:16-md-02677-GAO

**DEFENDANT DRAFTKINGS INC.'S NOTICE OF SUPPLEMENTAL AUTHORITY**

DraftKings Inc. ("DraftKings") submits the attached decision by the Supreme Court of

the United States of America in *Henry Schein, Inc. v. Archer & White Sales, Inc.*, No. 17-1272

(U.S. Jan. 8, 2019), in which the United States Supreme Court clarified that courts must compel

arbitration of threshold arbitrability questions, as well as the underlying dispute, when a valid

governing contract clearly and unmistakably delegates those questions to an arbitrator.  The

decision is attached as Exhibit A to this submission.  DraftKings also respectfully moves this

Court for leave to file a supplemental, four-page brief with a more extensive analysis and

argument as to how this decision affects the pending motions to compel, which DraftKings has

attached as Exhibit B to this submission.

Dated:  January 18, 2019

Respectfully submitted,

_____/s/ Damien Marshall_____
Damien Marshall
Leigh M. Nathanson
BOIES SCHILLER FLEXNER LLP
575 Lexington Avenue
New York, NY 10022
(212) 446-2300
dmarshall@bsfllp.com
lnathanson@bsfllp.com

*Attorneys for Defendant DraftKings Inc.*

<u>CERTIFICATE OF SERVICE</u>

I, Damien Marshall, hereby certify that on this 18th day of January, 2019, this document was electronically filed with the Clerk of the Court using the CM/ECF system and will be sent electronically to the registered participants as identified on the Notice of Electronic Filing (NEF).

/s/ Damien Marshall