# UNITED STATES DISTRICT COURT
# DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| In Re: DAILY FANTASY SPORTS LITIGATION<br><br>*This Document Relates To:*<br><br>**All Actions** | MDL No. 1:16-MD-02677-GAO |

### DEFENDANTS' JOINT REQUEST TO EXPEDITE SCHEDULING OF STATUS CONFERENCE REGARDING ARBITRATION DEMANDS BY PURPORTED CLASS MEMBERS

Defendants FanDuel, Inc. and DraftKings Inc. ("Defendants") respectfully submit this request to expedite the scheduling of the previously-requested status conference (ECF No. 394) concerning arbitration demands by purported class members.

On April 25, 2019, Defendants filed a request for a status conference to address issues raised by demand letters sent to Defendants by the Keller Lenkner firm, which seek to resolve arbitration claims by thousands of putative class members in this action on an aggregated basis. (ECF No. 394.)  Defendants' request was unopposed.  *Id.*  For the reasons explained in that filing, a status conference is necessary to minimize the harm to Defendants and the putative class members that may otherwise arise as a result of the demand letters.  Defendants' discussions with the Keller Lenkner firm and upcoming events related thereto increase the urgency of obtaining the Court's guidance on the issues raised in Defendants' filing.

Accordingly, Defendants respectfully request that the Court schedule a status conference regarding these issues for a convenient date in the month of June (or if a June date cannot be accommodated, then the earliest date on which the Court is available).

Dated: June 11, 2019

Respectfully submitted,

FANDUEL, INC. and FANDUEL DEPOSITS, LLC

By their counsel,
ZWILLGEN PLLC

By: /s/ *Jacob A. Sommer*
    Jacob A. Sommer
    Marc J. Zwillinger
    1900 M St. NW, Suite 250
    Washington, DC 20036
    Telephone: (202) 296-3585
    Facsimile: (202) 706-5298
    jake@zwillgen.com
    marc@zwillgen.com

DRAFTKINGS, INC.

By their counsel.
BOIES SCHILLER FLEXNER LLP

By: */s/ Damien J. Marshall*
    Damien J. Marshall
    Leigh M. Nathanson
    BOIES SCHILLER FLEXNER LLP
    55 Hudson Yards
    New York, New York 10001
    Phone: (212) 446-2300
    dmarshall@bsfllp.com
    lnathanson@bsfllp.com

3

## CERTIFICATE OF SERVICE

I hereby certify that on this 11th day of June 2019, the foregoing document was electronically filed with the Clerk of the Court using the CM/ECF system and will be sent electronically to the registered participants as identified on the Notice of Electronic Filing (NEF), pursuant to Local Rule 5.4(C).

Dated: June 11, 2019

*/s/ Jacob A. Sommer*
Jacob A. Sommer