**ZwillGen** PLLC 1900 M Street, NW • Suite 250 • Washington, D.C. 20036
(202) 296-3585

Jacob A. Sommer
(202) 706-5205
jake@zwillgen.com

October 21, 2019

*Via Electronic Delivery using the CM/ECF system*

The Honorable George A. O'Toole, Jr.
United States District Court
   for the District of Massachusetts
John Joseph Moakley U.S. Courthouse
1 Courthouse Way, Suite 2300
Boston, MA 02210
(617) 748-9152

      Re:    *In re Daily Fantasy Sports Litigation*, No. 1:16-md-02677-GAO

Dear Judge O'Toole:

      We write to inform the Court that, on October 11, 2019, the Keller Lenkner law firm filed with the American Arbitration Association 1,000 mass arbitrations against FanDuel and another 1,000 against DraftKings. As Defendants explained in their letters of April 25, 2019 (ECF No. 394) and June 11, 2019 (ECF No. 395) and at the August 28, 2019 conference, these mass arbitrations pose the risk of inconsistent rulings while this MDL remains before the Court pending resolution of Defendants' motion to compel arbitration.

      Defendants will await the Court's ruling on the Motion to Compel and continue to provide updates to the Court as appropriate.

                                           Respectfully submitted,

                                           /s/ Jacob. A. Sommer
                                           Jacob A. Sommer
                                           ZwillGen PLLC
                                           Counsel for FanDuel, Inc

.

                                           /s/ Damien Marshall
                                           Damien Marshall
                                           Boies Schiller Flexner LLP
                                           Counsel for DraftKings, Inc.

## **CERTIFICATE OF SERVICE**

I hereby certify that on this 21st day of October, 2019 the foregoing document was electronically filed with the Clerk of the Court using the CM/ECF system and will be sent electronically to the registered participants as identified on the Notice of Electronic Filing (NEF), under Local Rule 5.4(C).

October 21, 2019                                             /s/ Jacob Sommer
                                                                          Jacob Sommer