UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| IN RE: DAILY FANTASY SPORTS LITIGATION | Case No. 1:16-md-02677-GAO |

**NOTICE OF WITHDRAWAL OF APPEARANCE AND REQUEST TO BE REMOVED FROM CM/ECF ELECTRONIC SERVICE LIST**

Pursuant to Local Rule 83.5.2, please enter the withdrawal of the appearance of John F. Edgar, of Edgar Law Firm LLC, as attorney of record for Plaintiffs Robert Jackson Horan Jr., Petros Triantafylidis, and Ryan Stoddart in the above-captioned case.

Dated: May 29, 2020

Respectfully submitted,

*/s/ John F. Edgar*
John F. Edgar # 47128(MO)
EDGAR LAW FIRM LLC
2600 Grand Blvd., Suite 440
Kansas City, Missouri 64108
(816) 531-0033
(816) 531-3322 (facsimile)
jfe@edgarlawfirm.com

*Attorneys for Plaintiffs*

**CERTIFICATE OF SERVICE**

I hereby certify that on this 29th day of May 2020, the within document was electronically filed with the Clerk of the Court using the CM/ECF system and will be sent electronically to the registered participants as identified on the Notice of Electronic Filing (NEF), pursuant to Local Rule 5.4(C).

Dated:  May 29, 2020                              Respectfully submitted,

                                                  */s/ John F. Edgar*
                                                  A*ttorney for Plaintiffs*