# UNITED STATES DISTRICT COURT
# DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| IN RE: DAILY FANTASY SPORTS LITIGATION | Case No. 1:16-md-02677<br><br>Hon. George A. OToole, Jr.<br><br>This Document Relates To: ALL CASES |

# NOTICE OF CHANGE OF ADDRESS

**PLEASE TAKE NOTICE** that pursuant to Rule E-4 of the CM/ECF Administrative Procedures, Melissa R. Emert, Co-Counsel for said plaintiff, Alan Cordover, Jeff Kaufman and Jodi Siegel, hereby requests to change her contact information as counsel of record as follows and respectfully requests service upon her of all future pleadings, papers, correspondence, and electronic filings in this action at:

> Melissa R. Emert
> Kantrowitz, Goldhamer & Graifman, P.C.
> 747 Chestnut Ridge Road, Suite 200
> Chestnut Ridge, NY 10977
> Telephone: 845-356-2570, Ext. 202
> Fax: 845-356-4335
> memert@kgglaw.com

Date: June 30, 2020

> Respectfully submitted,
>
> /s/ Melissa R. Emert
> Melissa R. Emert
> Kantrowitz, Goldhamer & Graifman, P.C.
> 747 Chestnut Ridge Road, Suite 200
> Chestnut Ridge, NY 10977
> Telephone: 845-356-2570, Ext. 202
> Fax: 845-356-4335
> memert@kgglaw.com