IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| IN RE: DAILY FANTASY SPORTS LITIGATION<br><br>This Document Relates to:<br>All Cases | MDL No. 1:16-md-02677-GAO |

**PLAINTIFFS' AND DEFENDANT DRAFTKINGS INC.'S JOINT
MOTION FOR PRELIMINARY APPROVAL OF PROPOSED SETTLEMENT
AND APPROVAL OF THE PROPOSED NOTICE OF SETTLEMENT**

Pursuant to Fed. R. Civ. P. 23(e), Plaintiffs and Defendant DraftKings Inc. ("DraftKings") make this joint motion for preliminary approval of the proposed settlement between Plaintiffs and DraftKings Inc. DraftKings and respectfully request that the Court:

(1) Preliminarily approve the settlement between Plaintiffs and DraftKings, as set forth in the Settlement Agreement (attached as Exhibit 1 to the Declaration of Jasper Ward, filed concurrently herewith);

(2) Certify the Settlement Class, as "all Persons in the United States who made a first-time deposit into their DraftKings Daily Fantasy Sports account prior to January 1, 2018, and who are not net lifetime winners on DraftKings as determined by DraftKings' business records not later than 48 hours prior to the Agreement Execution Date." (Settlement Agreement, § 17);

(3) Approve the proposed Class Notices (Exhibits C-1 and C-2 to the Settlement Agreement), which will be posted and emailed immediately after the Court grants the

preliminary approval motion, and set a deadline of 35 days after dissemination of the Class Notices for class members to submit comments about or objections to the proposed settlement;

(4)     Preliminarily appoint the Class Representative Plaintiffs, listed in Exhibit A to the Settlement Agreement, as Class Representatives, and preliminarily appoint Plaintiffs' counsel, listed in Exhibit B to the Settlement Agreement, as Class Counsel; and

(5)     Schedule a fairness hearing to be held not before 21 days after the last day for the parties to file replies to any class member objections, in order to allow sufficient time for providing the Class Notice, CAFA Notice, and to allow sufficient time for class members to submit exclusion requests and objections.

DATED:  March 3, 2021               Respectfully submitted,

By:  /s/ Christopher Weld, Jr.
     Christopher Weld, Jr.
     **TODD & WELD LLP**
     One Federal Street
     Boston, MA  02110
     Telephone:   (617) 720-2626
     Facsimile:   (617) 227-5777
     Email: cweld@toddweld.com

     *Liaison Counsel and Executive Committee Member*

     Hunter J. Shkolnik
     Salvatore C. Badala
     **NAPOLI SHKOLNIK, PLLC**
     360 Lexington Avenue, 11th Floor
     New York, NY  10017
     Telephone:   (212) 397-1000
     Facsimile:   (646) 843-7603
     Email: hunter@napolilaw.com
            Sbadala@napolilaw.com

        Jasper D. Ward IV
        Alexander C. Davis
        **JONES WARD PLC**
        Taylor Building
        312 South Fourth Street, 6th Floor
        Louisville, KY 40202
        Telephone:    (502) 882-6000
        Facsimile:     (502) 587-2007
        Email: jasper@jonesward.com
               alex@jonesward.com

        Melissa R. Emert
        **KANTROWITZ, GOLDHAMER**
        **& GRAIFMAN, P.C.**

        747 Chestnut Ridge Road, Suite 200
        Chestnut Ridge, NY 10977
        Telephone:    (845) 356-2570
        Email: memert@kgglaw.com

        *Co-Lead Counsel*

DATED: March 3, 2021        Respectfully submitted,


By:  /s/ Damien Marshall
      Damien Marshall (*pro hac vice*)
      Leigh M. Nathanson (*pro hac vice*)
      **KING & SPALDING LLP**
      1185 Avenue of the Americas
      New York, NY 10036
      Telephone:    (212) 790-5357
      Email: dmarshall@kslaw.com
             lnathanson@kslaw.com

      *Attorneys for Defendant DraftKings Inc.*

## CERTIFICATE OF SERVICE

I, Christopher Weld, Jr., hereby certify that on this 3rd day of March, 2021, this document was electronically filed with the Clerk of the Court using the CM/ECF system and will be sent electronically to the registered participants as identified on the Notice of Electronic Filing (NEF), pursuant to Local Rule 5.4(C).

/s/ Christopher Weld, Jr.
Christopher Weld, Jr.