# UNITED STATES DISTRICT COURT
# DISTRICT OF MASSACHUSETTS

|  |  |  |
|---|---|---|
| In re: DAILY FANTASY SPORTS LITIGATION | ) ) ) ) ) ) ) ) ) | MDL No. 16-02677-GAO |
| This Document Relates to: | | |
| All Cases | | |

## ORDER DISMISSING WITH PREJUDICE
## CLAIMS AGAINST FANDUEL AND RELATED PAYMENT
## PROCESSOR DEFENDANTS PURSUANT TO ARBITRATION ORDER

WHEREAS, on November 27, 2019, the Court entered an order (Dkt. 406) (the "Order") compelling all plaintiffs in the above-captioned action asserting claims against FanDuel, Inc. and FanDuel Deposits, LLC (together, "FanDuel") and/or Paysafecard.com USA Inc. and Vantiv, Inc. (together, "FanDuel Payment Processor Defendants")—with the exception of the plaintiffs bringing claims as family members of FanDuel users, and three individual plaintiffs who validly opted out of arbitration with FanDuel (Peter Johnson, Brackie Bryant, and Aissa Khirani)—to binding individual arbitration in accordance with FanDuel's Terms of Use (the plaintiffs subject to the Order referred to herein as the "Arbitration Plaintiffs"); and

WHEREAS, as stated in the parties' Joint Status Report dated November 29, 2021, there are no pending arbitrations arising out of the Order that could return to this Court for further proceedings, and accordingly no need for this action to remain open with respect to the Arbitration Plaintiffs;

**IT IS HEREBY ORDERED THAT:**

The claims of the Arbitration Plaintiffs asserted in the First Amended Master Class Action Complaint against FanDuel and the FanDuel Payment Processor Defendants are hereby dismissed

with prejudice. Such dismissal is without prejudice to any person subject to the Order asserting a claim in individual arbitration according to the terms of the applicable contract with FanDuel and as otherwise provided by law.

**IT IS SO ORDERED.**

/s/ George A. O'Toole, Jr.<br>HONORABLE GEORGE A. O'TOOLE, JR.

DATED: December 1, 2021