UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

|  |  |
|---|---|
| In re: DAILY FANTASY SPORTS LITIGATION<br><br>This Document Relates to:<br><br>    All Cases | MDL No. 16-02677-GAO |

### CLASS REPRESENTATIVE PLAINTIFFS' UNOPPOSED MOTION FOR PRELIMINARY APPROVAL OF PROPOSED SETTLEMENT

Pursuant to Fed. R. Civ. P. 23(e), named family member plaintiffs Leah Boast, Crystal Turner, Rebecca McGuire, Michelle Hodge, Aurora Walker, and Hillary Williams (the "Class Representative Plaintiffs"), individually and on behalf of the Family Member Settlement Class, make this motion for preliminary approval of the proposed settlement with Defendant DraftKings Inc. ("DraftKings" or "Defendant"; together with the Class Representative Plaintiffs, the "Parties"), which DraftKings does not oppose. The Class Representative Plaintiffs respectfully request that the Court:

1. Preliminarily approve the settlement between the Parties, as set forth in the Settlement Agreement (attached as Exhibit 2 to the Declaration of Taylor C. Bartlett, filed contemporaneously herewith);

2. Certify the following settlement classes as the Family Member Settlement Class:

   a) "District of Columbia Family Member Settlement Class" means all persons in the District of Columbia who are authorized by District of Columbia law, including D.C. CODE ANN. § 16-1702 and/or related statutes, to bring claims on behalf of a family member or next-of-kin who is or was a DFS Participant.

1

b) "Georgia Family Member Settlement Class" means all persons in the State of Georgia who are authorized by Georgia state law, including OFFICIAL CODE. GA. ANN. § 13-8-3 and/or related statutes, to bring claims on behalf of a family member or next-of-kin who is or was a DFS Participant.

c) "Illinois Family Member Settlement Class" means all persons in the State of Illinois who are authorized by Illinois state law, including 720 ILL. COMP. STAT. ANN. 5/28-8 and/or related statutes, to bring claims on behalf of a family member or next-of-kin who is or was a DFS Participant.

d) "Indiana Family Member Settlement Class" means all persons in the State of Indiana who are authorized by Indiana state law, including IND. CODE ANN. § 34-16-1-4 and/or related statutes, to recover for claims brought on behalf of a family member or next-of-kin who is or was a DFS Participant.

e) "Kentucky Family Member Settlement Class" means all persons in the State of Kentucky who are authorized by Kentucky state law, including KY. REV. STAT. § 372.010 to § 372.040 and/or related statutes, to bring claims on behalf of a family member or next-of-kin who is or was a DFS Participant.

f) "Massachusetts Family Member Settlement Class" means all persons in the State of Massachusetts who are authorized by Massachusetts state law, including MASS. GEN. LAWS ANN. CH. 137, § 1 and/or related statutes, to bring claims on behalf of a family member or next-of-kin who is or was a DFS Participant.

g) "New Jersey Family Member Settlement Class" means all persons in the State of New Jersey who are authorized by New Jersey state law, including N.J.

  STAT. ANN. § 2A:40-6 and/or related statutes, to bring claims on behalf of a family member or next-of-kin who is or was a DFS Participant.

h) "New Mexico Family Member Settlement Class" means all persons in the State of New Mexico who are authorized by New Mexico state law, including NEW MEXICO STAT. ANN. § 44-5-l to § 44-5-3 and/or related statutes, to bring claims on behalf of a family member or next-of-kin who is or was a DFS Participant.

i) "Ohio Family Member Settlement Class" means all persons in the State of Ohio who are authorized by Ohio state law, including OHIO REV. CODE ANN. § 3763.04 and/or related statutes, to bring claims on behalf of a family member or next-of-kin who is or was a DFS Participant.

j) "South Carolina Family Member Settlement Class" means all persons in the State of South Carolina who are authorized by South Carolina state law, including S.C. CODE ANN. § 32-1-10 to § 32-1-20 and/or related statutes, to bring claims on behalf of a family member or next-of-kin who is or was a DFS Participant.

k) "South Dakota Family Member Settlement Class" means all persons in the State of South Dakota who are authorized by South Dakota state law, including S.D. CODIFIED LAWS §§ 21-6-1, 21-6-2, and/or related statutes, to recover for claims brought on behalf of a family member or next-of-kin who is or was a DFS Participant.

l) "Tennessee Family Member Settlement Class" means all persons in the State of Tennessee who are authorized by Tennessee state law, including TENN.

    CODE ANN. § 28-3-106, § 29-19-l04 to § 29-19-l05, and/or related statutes, to bring claims on behalf of a family member or next-of-kin who is or was a DFS Participant.

3. Preliminarily appoint the following Class Representative Plaintiffs: Leah Boast, Crystal Turner, Rebecca McGuire, Michelle Hodge, Aurora Walker, and Hillary Williams;

4. Approve the proposed procedure for Class Notice;

5. Schedule a Fairness Hearing on a date approved by the Court;

6. Appoint Class Counsel, Taylor C. Bartlett, to serve as counsel for the Family Member Settlement Class; and

7. Enter the proposed Preliminary Approval Order (attached as Exhibit 1 to this Motion).

DATED: January 20, 2022    Respectfully submitted,

            */s/ Taylor C. Bartlett*

            Taylor C. Bartlett (Pro Hac Vice)
            Email: taylor@hgdlawfirm.com
            **HENINGER GARRISON DAVIS, LLC**
            2224 1st Avenue North
            Birmingham, Alabama 35203
            Telephone: (205) 326-3336
            Facsimile: (205) 326-3332

## **CERTIFICATE OF SERVICE**

I hereby certify that this document filed through the CM/ECF system will be sent electronically to the registered participants as identified on the NEF and paper copies will be sent to any indicated as non-registered participants on January 20, 2022.

            */s/ Taylor C. Bartlett*
            Taylor C. Bartlett (Pro Hac Vice)