# EXHIBIT 2

# TO DECLARATION OF TAYLOR C. BARTLETT

**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF MASSACHUSETTS**

| | |
|---|---|
| IN RE:  DAILY FANTASY SPORTS LITIGATION<br><br>This Document Relates to:<br>All Cases | MDL No. 1:16-md-02677-GAO |

<u>**SETTLEMENT AGREEMENT**</u>

This Agreement (as defined herein) is entered into pursuant to Rule 23 of the Federal Rules of Civil Procedure, subject to the approval of the United States District Court for the District of Massachusetts (the "Court"), by named family member plaintiffs Leah Boast, Crystal Turner, Rebecca McGuire, Michelle Hodge, Aurora Walker, and Hillary Williams (the "Class Representative Plaintiffs"), individually and on behalf of the Family Member Settlement Class (as defined herein) (collectively, the "Family Member Plaintiffs"), and defendant DraftKings Inc. ("DraftKings" or "Defendant"; together with the Class Representative Plaintiffs, the "Parties"), individually and by and through their counsel.  This Agreement is intended by the Parties to fully and finally settle, compromise, and resolve the Family Member Plaintiffs' claims in the above-captioned action, *In re Daily Fantasy Sports Litigation*, Case No. 1:16-md-02677-GAO (D. Mass.) (the "Action"), and the Released Claims (as defined herein), subject to the terms and conditions set forth below and Final Approval (as defined herein).

## RECITALS

**WHEREAS:**

A.      All terms with initial capitalization shall have the meanings set forth in this Agreement.

B.      DraftKings operates a daily fantasy sports ("DFS") platform in which fantasy or simulation teams are selected by authorized participants who enter competitions on the platform and compete against family, friends, and other sports enthusiasts.

C.      In late 2015, the Class Representative Plaintiffs filed class actions in states around the country alleging DraftKings had violated their respective states' gambling statutes (the "MDL Actions").

D.      On June 30, 2016, after these cases were consolidated into *In re: Daily Fantasy Sport Litigation*, MDL No. 16-02677-GAO, the Class Representative Plaintiffs filed a Consolidated Consumer Class Action Complaint And Jury Demand (the "Class Action Complaint").  Dkt. No. 227.

E.      On September 2, 2016, the Class Representative Plaintiffs filed their First Amended Master Class Action Complaint and Jury Demand (the "First Amended Class Action Complaint").  Dkt. No. 269.

F.      On March 9, 2020, Defendants FanDuel and DraftKings filed a Joint Motion to Dismiss the Complaint and Memorandum of Reasons in Support, seeking dismissal of the Class Representative Plaintiffs' claims, which remains pending.  *See* Dkt. No. 417.

G.      Based on the investigation and evaluation of the facts and law relating to the matters alleged in the various complaints, the Class Representative Plaintiffs and DraftKings have agreed to settle the Action in accordance with the terms and conditions set forth in this Agreement.  The settlement was reached after considering, among other things: (1) the benefits

available to the Family Member Plaintiffs, including the Family Member Settlement Class, under the terms of this Agreement, (2) the risks and uncertainty of litigation, especially in actions such as this, as well as the difficulties and potential delays inherent in such litigation, and (3) the desirability of consummating this Agreement promptly to provide effective relief to the Family Member Plaintiffs.

H.    DraftKings denies wrongdoing of any kind whatsoever, denies the factual allegations in the various complaints, pleadings, and court filings, and has agreed to enter into this Agreement to avoid further expense, inconvenience, and the distraction of litigation, and to be completely free of further participation in the Action and any further controversy with respect to the Released Claims.

NOW THEREFORE, in consideration of the mutual promises and covenants set forth herein, and other good and valuable consideration, the receipt and sufficiency of which is hereby acknowledged, it is hereby agreed as follows:

## I.    DEFINITIONS

A.    The following terms shall have the meanings set forth below:

1.    "Action" has the meaning ascribed in the first paragraph of this Agreement.

2.    "Agreement" mean this Settlement Agreement, including, without limitation, all of the attached exhibits.

3.    "Agreement Date" means January 7, 2022.

4.    "Class Action Complaint" has the meaning ascribed in Recital D above.

5.      "Class Counsel" means the following individual(s):

> **HENINGER GARRISON DAVIS LLC**
> Taylor Bartlett
> 2224 1st Avenue N.
> Birmingham, AL 35203
> Email: Taylor@hgdlawfirm.com

6.      "Class Notice" means notice of the terms and conditions of the proposed settlement to be published in forms substantially identical to **Exhibits B-1** and **B-2** as approved by the Court as part of its entry of the Preliminary Approval Order (as defined herein) (which shall be substantially identical to the form of **Exhibit A** attached hereto).

7.      "Class Representative Plaintiffs" has the meaning ascribed in the first paragraph of this Agreement.

8.      "Class Representative Plaintiffs Service Award"  has the meaning ascribed in Paragraph VI.B below.

9.      "Court" has the meaning ascribed in the first paragraph of this Agreement.

10.      "Defendant's Counsel" or "Defense Counsel" means the following individuals:

> **KING & SPALDING LLP**
> Damien J. Marshall
> Leigh Nathanson
> 1185 Avenue of the Americas, 34th Floor
> New York, NY  10036
> Email: dmarshall@kslaw.com; lnathanson@kslaw.com

11.      "DFS" has the meaning ascribed in Recital B above.

12.      "DFS Participant" means any individual who participated in a DraftKings DFS contest, deposited money into a DraftKings DFS account, and lost money in any DraftKings DFS contest prior to the Agreement Date.

13.     "Effective Date" means the first date after which all of the following events and conditions have been met or have occurred, or have been mutually waived by written agreement of the Parties:

(a)     All Parties have executed this Agreement;

(b)     The Court has conditionally certified the Family Member Settlement Class;

(c)     The Court has entered the Preliminary Approval Order (which shall be substantially identical to the form of **Exhibit A** attached hereto) issuing its Preliminary Approval (as defined herein) of this Agreement, the settlement set forth herein, and approving, among other things, the method for providing notice to the Family Member Settlement Class;

(d)     The Court has entered the Judgment and Approval Order (as defined herein) (which shall be substantially identical to the form of **Exhibit C** attached hereto); and

(e)     There has occurred: (i) the passage of five (5) business days from entry of the Judgment and Approval Order (which shall be substantially identical to the form of **Exhibit C** attached hereto) where no formal objections have been filed; (ii) in the event that one or more formal objections to entry of the Judgment and Approval Order are timely filed, the expiration (without the filing or notice of an appeal) of the time to appeal from the Judgment and Approval Order; (iii) the final non-appealable dismissal of any appeal from the Judgment and Approval Order; (iv) if a ruling or decision has been entered by an appellate court affirming the Judgment and Approval Order in a form substantially identical to that of the Judgment and Approval Order entered by the Court, the time to petition for review to the United States Supreme Court with respect to such ruling or decision has expired; (v) if a petition for review

to the United States Supreme Court with respect to the Judgment and Approval Order has been filed, the petition has been denied or, if granted, has resulted in affirmance of the Judgment and Approval Order in a form substantially identical to the form of the Judgment and Approval Order entered by the Court.

14.     "Fairness Hearing" means the hearing at or after which the Court will make a final decision whether to approve this Agreement and the settlement set forth herein as fair, reasonable, and adequate.

15.     "Family Member Plaintiffs" has the meaning ascribed in the first paragraph of this Agreement.

16.     "Family Member Settlement Class" means the District of Columbia Family Member Settlement Class, Georgia Family Member Settlement Class, Illinois Family Member Settlement Class, Indiana Family Member Settlement Class, Kentucky Family Member Settlement Class, Massachusetts Family Member Settlement Class,  New Jersey Family Member Settlement Class, New Mexico Family Member Settlement Class, Ohio Family Member Settlement Class, South Carolina Family Member Settlement Class, South Dakota Family Member Settlement Class, and Tennessee Family Member Settlement Class.  Excluded from the class are: (a) all persons who are employees, directors, officers, or agents of DraftKings; (b) government entities; (c) the Court, the Court's immediate family, and Court staff; and (d) the attorneys representing the Parties in the Action.

(a)     "District of Columbia Family Member Settlement Class" means all persons in the District of Columbia who are authorized by District of Columbia law, including D.C. CODE ANN. § 16-1702 and/or related statutes, to bring claims on behalf of a family member or next-of-kin who is or was a DFS Participant.

(b)      "Georgia Family Member Settlement Class" means all persons in the State of Georgia who are authorized by Georgia state law, including OFFICIAL CODE. GA. ANN. § 13-8-3 and/or related statutes, to bring claims on behalf of a family member or next-of-kin who is or was a DFS Participant.

(c)      "Illinois Family Member Settlement Class" means all persons in the State of Illinois who are authorized by Illinois state law, including 720 ILL. COMP. STAT. ANN. 5/28-8 and/or related statutes, to bring claims on behalf of a family member or next-of-kin who is or was a DFS Participant.

(d)      "Indiana Family Member Settlement Class" means all persons in the State of Indiana who are authorized by Indiana state law, including IND. CODE ANN. § 34-16-1-4 and/or related statutes, to recover for claims brought on behalf of a family member or next-of-kin who is or was a DFS Participant.

(e)      "Kentucky Family Member Settlement Class" means all persons in the State of Kentucky who are authorized by Kentucky state law, including KY. REV. STAT. § 372.010 to § 372.040 and/or related statutes, to bring claims on behalf of a family member or next-of-kin who is or was a DFS Participant.

(f)      "Massachusetts Family Member Settlement Class" means all persons in the State of Massachusetts who are authorized by Massachusetts state law, including MASS. GEN. LAWS ANN. CH. 137, § 1 and/or related statutes, to bring claims on behalf of a family member or next-of-kin who is or was a DFS Participant.

(g)      "New Jersey Family Member Settlement Class" means all persons in the State of New Jersey who are authorized by New Jersey state law, including N.J. STAT.

ANN. § 2A:40-6 and/or related statutes, to bring claims on behalf of a family member or next-of-kin who is or was a DFS Participant.

        (h)     "New Mexico Family Member Settlement Class" means all persons in the State of New Mexico who are authorized by New Mexico state law, including NEW MEXICO STAT. ANN. § 44-5-l to § 44-5-3 and/or related statutes, to bring claims on behalf of a family member or next-of-kin who is or was a DFS Participant.

        (i)     "Ohio Family Member Settlement Class" means all persons in the State of Ohio who are authorized by Ohio state law, including OHIO REV. CODE ANN. § 3763.04 and/or related statutes, to bring claims on behalf of a family member or next-of-kin who is or was a DFS Participant.

        (j)     "South Carolina Family Member Settlement Class" means all persons in the State of South Carolina who are authorized by South Carolina state law, including S.C. CODE ANN. § 32-1-10 to § 32-1-20 and/or related statutes, to bring claims on behalf of a family member or next-of-kin who is or was a DFS Participant.

        (k)     "South Dakota Family Member Settlement Class" means all persons in the State of South Dakota who are authorized by South Dakota state law, including S.D. CODIFIED LAWS §§ 21-6-1, 21-6-2, and/or related statutes, to recover for claims brought on behalf of a family member or next-of-kin who is or was a DFS Participant.

        (l)     "Tennessee Family Member Settlement Class" means all persons in the State of Tennessee who are authorized by Tennessee state law, including TENN. CODE ANN. § 28-3-106, § 29-19-l04 to § 29-19-l05, and/or related statutes, to bring claims on behalf of a family member or next-of-kin who is or was a DFS Participant.

17.     "Family Member Settlement Class Member(s)" means any person who is included within the definition of the Family Member Settlement Class.

18.     "Final Approval" means entry of the Judgment and Approval Order (which shall be substantially identical to the form of **Exhibit C** attached hereto) by the Court.

19.     "First Amended Class Action Complaint" has the meaning ascribed in Recital E above.

20.     "Judgment and Approval Order" means the Judgment and Order Approving Settlement and Dismissing Claims of Family Member Plaintiffs With Prejudice entered by the Court that is substantially identical to the form of **Exhibit C** attached hereto.

21.     "MDL Actions" has the meaning ascribed in Recital C above.

22.     "Objection Deadline" has the meaning ascribed in Paragraph V.A below.

23.     "Parties" has the meaning ascribed in the first paragraph of this Agreement.

24.     "Person" means any natural person, individual, corporation, association, partnership, trust, or any other type of legal entity.

25.     "Preliminary Approval" means the Court's entry of an order (the "Preliminary Approval Order") that is substantially identical to the form of **Exhibit A** attached hereto approving, among other things, the timing, manner, and content, in forms substantially identical to **Exhibits B-1** and **B-2**, of the Class Notice, conditionally certifying the Family Member Settlement Class for settlement purposes only, preliminarily approving this Agreement and the terms and conditions of settlement contained herein, and enjoining the commencement or

continued prosecution by any Releasing Person (as defined herein) of any Released Claim against any Released Person (as defined herein).

26.     "Released Claims" means any and all manner of actions, causes of actions, claims, compensations, controversies, costs, damages, debts, demands, expenses, liens, liabilities, losses, rights, or suits, including claims or suits for contribution or indemnity of every kind and nature or description whatsoever, whether foreseen or unforeseen, developed, fixed or contingent, direct or indirect, liquidated, unliquidated, at law, in equity, or otherwise arising at any time prior to the Agreement Date, (i) that were or could have been asserted by the Family Member Plaintiffs in the MDL Actions, the Class Action Complaint, or the First Amended Class Action Complaint and/or (ii) in connection with, arising out of, or in any way relating to the facts, circumstances, transactions, events, occurrences, acts, disclosure statements, submissions or failures to act as alleged in the MDL Actions, the Class Action Complaint, or First Amended Class Action Complaint.

27.     "Released Persons" means and includes DraftKings Inc., a Delaware corporation, and any of its past, present, and future partnerships, joint ventures, unincorporated entities, subsidiaries, divisions, affiliates, and persons and entities directly or indirectly under their control in the past, present, or future; any of the assignors, predecessors, successors, and assigns of any and all of the foregoing persons and entities; and the past, present, and future owners, operators, shareholders, investors, members, partners, officers, directors, agents, employees, contractors, subcontractors, suppliers, vendors, representatives, fiduciaries, insurers, attorneys, accountants, legal representatives, parents, subsidiaries, affiliates, beneficiaries, heirs, and the estates of any and all of the foregoing persons and entities.

28.     "Releasing Persons" means the Family Member Plaintiffs, including each Family Member Settlement Class Member, and the attorneys, agents, administrators, devisees, assignees, executors, successors, predecessors, or other representatives of any and all of the foregoing persons and entities.

29.     "Requestor" has the meaning ascribed in Paragraph III.A below.

## II.     CERTIFICATION OF SETTLEMENT CLASS

A.     The Parties stipulate to certification of the Family Member Settlement Class as defined in Section I.A.16 above for purposes of effectuating this settlement; stipulate to the appointment of Leah Boast, Crystal Turner, Rebecca McGuire, Michelle Hodge, Aurora Walker, and Hillary Williams as the Class Representative Plaintiffs, as representatives of the Family Member Settlement Class; and stipulate to the appointment of Class Counsel as counsel for the Family Member Settlement Class.  The Parties agree to cooperate in the preparation of such moving papers as the Court shall require to effectuate certification of the Family Member Settlement Class for settlement purposes.

B.     Certification of the Family Member Settlement Class and appointment of the Class Representative Plaintiffs and Class Counsel by the Court shall be binding only with respect to the settlement of the Action.  In the event the Effective Date for any reason does not occur, the certification of the Family Member Settlement Class and appointment of Class Representative Plaintiffs and Class Counsel shall be vacated, the Parties' stipulations shall be voided, and the Action shall proceed as though the certification and appointments had never occurred, without prejudice to the Class Representative Plaintiffs' rights or the ability of Class Counsel to later fill such a role in accordance with governing law.

### III.    SETTLEMENT RELIEF

In consideration for the releases hereinafter set forth, the termination and dismissal with prejudice of the Action, and in full and final settlement of all Released Claims against the Released Persons by Family Member Settlement Class Members, DraftKings agrees that the Judgment and Approval Order to be entered by the Court in substantially the form of **Exhibit C** attached hereto shall order the following relief which shall remain in effect for not less than two (2) years from the Effective Date:

A.    **Injunctive Relief.**    DraftKings shall adopt and maintain a process for allowing individuals who are authorized by statute in the state of their residence to request that any family member or next-of-kin who participated in a DraftKings DFS contest, deposited money into a DraftKings DFS account, and lost money in any DraftKings DFS contest (the "Family Member DFS Contestant") be excluded from DraftKings' site or request the setting of deposit or loss limits for that DFS contestant (the "Requestor").  In order to process such requests, DraftKings will require one or more of the following from the Requestor: (1) documentary evidence of sole or joint financial responsibility for the source of any funds deposited with DraftKings for gameplay by the Family Member DFS Contestant; (2) proof that the Requestor is jointly obligated on the credit or debit card associated with the Family Member DFS Contestant's account; (3) proof of legal dependency of the Family Member DFS Contestant on the Requestor under state or federal law; (4) proof of the existence of a court order that makes the Requestor wholly or partially obligated for the debts of the Family Member DFS Contestant; or (5) proof of the existence of a court order requiring the Family Member DFS Contestant to pay unmet child support obligations.  DraftKings may also request additional identifiable verification documentation validating the relationship between the Requestor and the Family Member DFS

Contestant.  These procedures for honoring individual requests shall be published on DraftKings' Responsible Gaming page on its website.

       B.     ***Cy Pres* Charitable Payment.**     DraftKings agrees to make *cy pres* charitable donations for support, research, training, education, or membership to national responsible gaming organization(s), subject to Class Counsel's approval, which will not be unreasonably withheld, conditioned, or delayed, in the total aggregate amount of $325,000. DraftKings shall make the full amount of such donations within eighteen (18) months after the Effective Date.

## IV.    NOTICE TO THE SETTLEMENT CLASS.

       A.     Although the Parties acknowledge and agree that class notice is not always required in a Rule 23(b)(2) class settlement, it is agreed that in this matter, a class notice shall be issued and that DraftKings shall issue the Class Notice in the forms substantially identical to **Exhibits B-1** and **B-2** attached hereto in accordance with the requirements of the Preliminary Approval Order (which shall be entered by the Court in substantially the form of **Exhibit A** attached hereto), as follows:

       1.     Subject to the approval of the Court and to be completed no later than thirty (30) days after Preliminary Approval, DraftKings shall cause the Class Notice to be issued by publishing notice in a form substantially identical to **Exhibit B-1** attached hereto once per week for two consecutive weeks in the regional *USA Today* editions distributed in the following jurisdictions:  District of Columbia, Georgia, Illinois, Indiana, Kentucky, Massachusetts, New Jersey, New Mexico, Ohio, South Carolina, South Dakota, and Tennessee.

       2.     DraftKings shall pay all costs associated with preparing and publishing the Class Notice in a form substantially identical to **Exhibit B-1** in the manner described above.

3.       DraftKings shall provide and bear the cost of notice to the appropriate

federal and state officials as required by the Class Action Fairness Act of 2005.

B.       DraftKings or an administrator directed by DraftKings shall establish and

maintain at DraftKings' sole expense a website related to the settlement, which will allow access

to this Agreement, the Preliminary Approval Order (which shall be entered by the Court in

substantially the form of **Exhibit A** attached hereto), as well as the longer, more detailed Class

Notice in substantially the form of **Exhibit B-2** attached hereto.

## V.       PROCEDURE FOR OBJECTIONS

A.       Family Member Settlement Class Members who wish to comment on or object to

the settlement must do so in writing, mailed to the Clerk of Court, Class Counsel, and Defense

Counsel; must do so in accordance with the terms of the Preliminary Approval Order (which

shall be entered by the Court in substantially the form of **Exhibit A** attached hereto); and must

do so by the date set forth in the Preliminary Approval Order (the "Objection Deadline").  Only

Family Member Settlement Class Members may object to the settlement.

B.       To be valid, an objection must state: (i) the objector's full name, address,

telephone number, and e-mail address; (ii) the case name and case number; (iii) information

identifying the objector as a Family Member Settlement Class Member; (iv) a written statement

of the specific legal and factual basis for each objection, including whether the objection applies

only to the objecting person, a specific subset of the Family Member Settlement Class, or the

entire Family Member Settlement Class; (v) a description of any and all evidence the objector

may offer at the Fairness Hearing, including but not limited to the names, addresses, and

expected testimony of any witnesses and all exhibits intended to be introduced at the hearing;

(vi) the identity of all counsel representing the objector; (vii) a statement whether the objector

and/or their counsel will appear at the Fairness Hearing; (viii) the objector's signature and the

signature of the objector's duly authorized attorney or other duly authorized representative

(along with documentation setting forth such representation); and (ix) a list, by case name, court,

and docket number, of all other cases in which the objector and/or the objector's counsel has

filed an objection to any proposed class action settlement within the last five (5) years.

C.      Family Member Settlement Class Members who fail to submit written objections

that are both timely and in full compliance with the requirements of the Preliminary Approval

Order (which shall be entered by the Court in substantially the form of **Exhibit A** attached

hereto) will be deemed to have waived their objections to the settlement and will be forever

foreclosed and barred from making any objection (whether by appeal or otherwise) to the

Agreement, Preliminary Approval Order, or Judgment and Approval Order (which shall be

entered by the Court in substantially the form of **Exhibit C** attached hereto), and shall be bound

by all the terms of the Agreement and by all proceedings, orders, and judgments in the Action.

Any challenge to the Agreement or the Judgment and Approval Order shall be pursuant to appeal

under the Federal Rules of Appellate Procedure and not through a collateral attack.

D.      Any lawyer representing or assisting an objecting Family Member Settlement

Class Member must: (a) file a notice of appearance with the Court; (b) file a sworn declaration

attesting to representation of each Family Member Settlement Class Member on whose behalf

the lawyer has or will be acting; and (c) comply (and ensure their client's compliance) with each

of the objection requirements set forth in the Preliminary Approval Order (which shall be entered

by the Court in substantially the form of **Exhibit A** attached hereto), in each case of A. through

C. above by the Objection Deadline.

E.      No Family Member Settlement Class Member will be entitled to be heard at the Fairness Hearing (whether individually, by representative, or through separate counsel), unless their timely objection or comment states their intention to appear at the Fairness Hearing.

## VI.    ATTORNEYS' FEES AND CLASS REPRESENTATIVE PLAINTIFFS SERVICE AWARDS

A.      In accordance with Rule 23(h) of the Federal Rules of Civil Procedure and relevant case law, Class Counsel may apply to the Court for an award of its reasonable attorneys' fees, costs, and expenses to be determined and approved by the Court.  Class Counsel agrees to seek reasonable attorneys' fees, costs, and expenses consistent with the factors applicable in the U.S. District Court for the District of Massachusetts.  DraftKings will not oppose such a request of reasonable attorneys' fees, costs, and expenses provided such request does not exceed $140,000.00 in total.  In no event shall DraftKings be obligated to pay or reimburse Class Counsel an amount greater than $140,000.00 for attorneys' fees, costs, and expenses.

B.      Each Class Representative Plaintiff may simultaneously apply to the Court for a service award not to exceed $1,250.00 for their participation as a Class Representative Plaintiff, for taking on the risks of litigation, and for settlement of their individual claims as plaintiffs in this Action (the "Class Representative Plaintiffs Service Awards" as defined in Section I.A.8). DraftKings will not oppose a request for these Class Representative Plaintiffs Service Awards provided that each such request does not exceed $1,250.00.  In no event shall DraftKings be obligated to pay any Class Representative Plaintiff an amount greater than $1,250.00.

C.      Class Representative Plaintiffs and Class Counsel will file with the Court their motion(s) for an award of attorneys' fees, costs, and expenses and for Class Representative Plaintiffs Service Awards no later than fifty-one (51) days after Preliminary Approval.  If approved by the Court, DraftKings shall pay to Class Counsel the awarded attorneys' fees, costs,

and expenses (not to exceed the amounts described above) and Class Representative Plaintiffs

Service Awards (also not to exceed the amounts described above) within thirty (30) business

days following the Effective Date.  Class Representative Plaintiffs and Class Counsel agree to

provide DraftKings all identification information necessary to effectuate the payment including,

but not limited to, Taxpayer Identification Number(s) and completed Internal Revenue Service

Form W-9(s).  Neither Class Counsel nor Class Representative Plaintiffs shall be entitled to

interest on such amounts at any time.

       D.      Court approval of Class Representative Plaintiffs Service Awards, of an award of

attorneys' fees, costs, and expenses, and/or of the amount of any such awards are not conditions

of the settlement.  The procedure for and the allowance or disallowance by the Court of any

application for a Class Representative Plaintiffs Service Award and/or any attorneys' fees, costs,

and expenses are to be considered by the Court separately from the Court's consideration of the

fairness, reasonableness, and adequacy of the settlement as set forth in this Agreement.  Any

order, finding, ruling, holding, appeal, reversal, modification, or proceeding relating to any such

applications for Class Representative Plaintiffs Service Award or for attorneys' fees, costs, and

expenses shall not operate to terminate or cancel this Agreement or otherwise affect or delay the

finality of the Judgment and Approval Order (which shall be substantially identical to the form

of **Exhibit C** attached hereto).

       E.      Class Representative Plaintiffs acknowledge and agree that DraftKings makes no

representation of any kind as to the income tax or other tax consequences of the Class

Representative Plaintiffs Service Awards and attorneys' fees, costs, and expenses payments

described in this Section.  Class Representative Plaintiffs further agree that they will assume and

be solely responsible for the payment of any and all tax obligations or consequences that may

arise out of or relate to any payments made by DraftKings pursuant to this Agreement (other than the *cy pres* payment in Section III.B) or that may subsequently be determined by any appropriate tax authority to be owing with respect to the Class Representative Plaintiffs Service Awards and attorneys' fees, costs, and expenses payments in this Agreement.  Class Representative Plaintiffs will not seek any indemnification from DraftKings or any other of the Released Persons regarding any tax liability relating to such payments.  If any claim is asserted against a Released Person by a taxing authority with respect to such payments, Class Representative Plaintiffs agree that they will be liable for their own individual portion of any taxes owed.  Class Representative Plaintiffs further agree to indemnify and hold harmless DraftKings or any of the other Released Persons to the extent that a taxing authority undertakes any action to hold any of the Released Persons responsible for any taxes alleged to be due in relation to the Class Representative Plaintiffs Service Awards and attorneys' fees, costs, and expenses payments in this Agreement, including from any claims, demands, actions, causes of action, losses, costs, attorneys' fees, penalties, or expenses that may be imposed by such authority.

F.      Except for amounts to be paid to Class Counsel and Class Representative Plaintiffs as specifically provided in this Section VI, DraftKings does not agree to pay and shall not be responsible or liable for the payment of any attorneys' fees, costs, or expenses of Class Counsel, Family Member Plaintiffs, any person or entity that may object to the settlement or Agreement, or any attorney who may represent any person or entity that may object to the settlement or Agreement in connection with the Action, settlement, or any claim that was or could have been alleged in the Action.

## VII.   TERMINATION

A.      DraftKings and the Class Representative Plaintiffs each shall have the right to terminate the settlement and this Agreement by providing written notice of their election to do so to the other within thirty (30) days of the date on which: (a) the Court declines to enter the Preliminary Approval Order (which shall be in substantially the form of **Exhibit A** attached hereto) or makes material changes thereto; (b) the Court refuses to approve the settlement reflected in this Agreement or any material part of it; (c) the Court declines to enter the Judgment and Approval Order (which shall be in substantially the form of **Exhibit C** attached hereto) or makes material changes thereto; (d) the Judgment and Approval Order is vacated, modified, or reversed in any material respect; or (e) the Effective Date otherwise does not occur.

B.      Except as otherwise provided herein, in the event the settlement and this Agreement are terminated or the Effective Date fails to occur for any reason, the Parties shall be deemed to have reverted *nunc pro tunc* to their respective status in the Action as of the Agreement Date; the Parties shall proceed in all respects as if this Agreement and any related orders had not been entered and without any prejudice in any way from the negotiation, fact, or terms of the settlement; and any order certifying the Family Member Settlement Class for purposes of effectuating the settlement or otherwise issuing preliminary and/or final findings regarding class certification shall be automatically vacated upon notice of the same to the Court.

C.      No Party nor its counsel shall refer to or invoke a vacated finding and/or order relating to class settlement or Rule 23 of the Federal Rules of Civil Procedure if this settlement and Agreement are not consummated and the Action is later litigated and contested by DraftKings.

## VIII.   DISMISSAL OF ACTION AND RELEASE

A.      As soon as practicable after the Agreement Date, Class Counsel will take all

necessary steps to secure the Court's approval of this settlement, certification of the Family

Member Settlement Class, the entry of the Judgment and Approval Order in substantially the

form of **Exhibit C** attached hereto, and the subsequent dismissal of the Action, with prejudice, as

to the Family Member Settlement Class.

B.      In consideration of the aforementioned payments and obligations undertaken by

DraftKings, and save and except only those obligations created or arising from this Agreement or

the Judgment and Approval Order (which shall be entered by the Court in substantially the form

of **Exhibit C** attached hereto), the Releasing Persons hereby release and forever discharge the

Released Persons from the Released Claims, and stipulate and agree that they, including the

Family Member Settlement Class, shall be deemed to be forever barred from initiating, asserting,

and/or prosecuting any Released Claims against any Released Persons in any court or other

forum.

C.      Upon the occurrence of the Effective Date, each and every Releasing Person and

his or her successors in interest and assigns shall be permanently enjoined and forever barred

from prosecuting any and all Released Claims against the Released Persons.

D.      The Parties agree that they may hereafter discover facts in addition to or different

from those they believe to be true with respect to the subject matter of this Agreement.  Each

Party agrees that, notwithstanding the discovery of the existence of any such additional or

different facts that, if known, would materially affect her, his, or its decision to enter into this

Agreement, the releases given herein shall be and remain in effect as a full, final, and complete

release to the Released Claims, and that no Party shall be entitled to modify or set aside this

Agreement, either in whole or in part, by reason thereof.  The Parties further agree that they have

been informed of and waive the benefits of California Civil Code section 1542 (and any and all other similar state statutes regarding the effectiveness of general releases), which reads as follows:

> **A general release does not extend to claims that the creditor or releasing party does not know or suspect to exist in his or her favor at the time of executing the release and that, if known by him or her, would have materially affected his or her settlement with the debtor or released party.**

## IX.   MISCELLANEOUS PROVISIONS

A.   The Parties and their undersigned counsel agree to undertake commercially reasonable efforts and to offer their reasonable cooperation to effectuate this Agreement and the terms of the settlement set forth herein, including taking all steps and efforts contemplated by this Agreement and any other steps and efforts which may become reasonably necessary by order of the Court or otherwise.

B.   This Agreement, together with its attachments, contains the entire agreement among the Parties and supersedes any prior agreements or understandings (including any term sheets) between them, other than agreements regarding confidentiality.  All terms of this Agreement are contractual and not mere recitals and shall be construed as if drafted by all Parties hereto.  The terms of this Agreement are and shall be binding upon all of the Parties, their agents, attorneys, employees, successors, and assigns, and upon all other persons claiming any interest in the subject matter hereto through any of the Parties, including any Family Member Settlement Class Member and the Releasing Persons.

C.   In entering into this Agreement, DraftKings does not admit to any wrongdoing of any kind, and expressly denies wrongdoing of any kind whatsoever, and has entered into this Agreement and agreed to the terms solely to avoid the risk, expense, inconvenience, distraction, and burden of further protracted litigation.  Moreover, this Agreement shall not be deemed an

admission of any kind by DraftKings or used as evidence against, or over the objection of, DraftKings by any third-party for any purpose in any action, claim, arbitration, or tribunal.

D.      This Agreement may be amended or modified only by a written instrument signed by counsel for all Parties.  Amendments and modifications may be made without additional notice to the Family Member Settlement Class unless such notice is required by the Court.

E.      This Agreement shall be subject to, governed by, construed, and enforced pursuant to the laws of the Commonwealth of Massachusetts.

F.      The exhibits to this Agreement are an integral part of the settlement provided, however, that to the extent there is a conflict between the terms of the Agreement and the terms of the exhibits, the terms of the Agreement shall control.

G.      This Agreement shall be binding upon and inure to the benefit of the Parties, their respective parent, subsidiary, and affiliated corporations and the officers, directors, employees, partners, shareholders, agents, and any other successors, assigns, or legal representatives of all of the foregoing persons and entities.

H.      Except as agreed to herein, the Parties shall bear their own attorneys' fees, expenses, and costs, including in connection with finalizing this settlement, obtaining Court approval of the same, and proceedings subsequent to the same.

I.      To the extent permitted by law, this Agreement may be pleaded as a full and complete defense to, and may be used as the basis for an injunction against, any action, suit, or other proceeding which may be instituted, prosecuted, or attempted in breach of or contrary to this Agreement.

J.      This Agreement, whether or not executed and consummated, and any communications exchanged or actions taken pursuant to or during the negotiation of this

Agreement, are for settlement purposes only.  Neither the fact of nor the contents of this Agreement or its exhibits, nor any communications exchanged nor actions taken pursuant to or during the negotiation of this Agreement, shall constitute or be construed as admissible evidence of the validity of any claim asserted or fact alleged in the MDL Actions, Class Action Complaint, or First Amended Class Action Complaint or of any wrongdoing, fault, violation of law, or liability of any kind on the part of the Released Persons.  This Agreement is made without prejudice to the rights of DraftKings to oppose certification of a class or classes should this Agreement not be approved or implemented or should the Effective Date not occur.

K.      This Agreement shall be deemed to have been executed upon the Agreement Date.

L.      The Parties warrant and represent that no claim or any portion of any claim referenced or released in this Agreement has been sold, assigned, conveyed, or otherwise transferred to any other Person.

M.      This Agreement may be executed in counterparts, each of which shall constitute an original.  This Agreement may be executed by facsimile or email signatures, each of which shall be deemed to be an original.

N.      The Family Member Settlement Class Members, Releasing Persons, and Class Counsel, including their experts and consultants, agree that they will not use any confidential material obtained, derived, or created in connection with the Action for any purpose unrelated to litigating the Action, and that they will, within ten (10) days of the Effective Date, delete or destroy all electronic data and databases in their possession and delete or destroy any other information provided to them which was confidential information, and agree that they have not made and will not retain any copies.

O.      Except as otherwise expressly agreed to in writing, DraftKings, its counsel, the Class Representative Plaintiffs, and Class Counsel agree not to make any oral or written statements to the press regarding the settlement reflected in this Agreement, but shall be free, upon receipt of inquiry from one or more members of the press, to state "the matter has been amicably resolved," "a settlement was reached," and/or "we are pleased to have resolved this matter."  In no event shall any Family Member Settlement Class Members be deemed "press" for purposes of this prohibition, and in no event shall this prohibition be construed as limiting the ability of Class Counsel to earnestly and candidly communicate with Family Member Settlement Class Members.  Class Counsel and Defendant's Counsel reserve the right to post neutral factual statements about the settlement on their websites and to provide information about the settlement to courts or in the course of their practices, including but not limited to providing information to potential clients and/or counsel, provided however, for the avoidance of doubt, nothing contained herein shall prevent a Party from making any of the following disclosures:

1.      confidentially to their respective attorneys, accountants, and indemnitors;

2.      in the case of DraftKings only, confidentially to DraftKings' employees who have a reason to know such information in connection with their job responsibilities, and to DraftKings' board of directors and executive leadership team;

3.      to the extent required to enforce this Agreement;

4.      to fulfill their corporate financial reporting obligations under GAAP; and/or for the purpose of disclosure in connection with reports filed with the Securities and Exchange Commission, or any other filings, reports, or disclosures that may be required under applicable laws or regulations (including without limitation applicable stock exchange rules and regulations), including, without limitation, to governmental or regulatory bodies.

P.      The signatories hereto warrant that they are authorized to enter into this

Agreement on behalf of the entities below.

**CLASS REPRESENTATIVE PLAINTIFFS**

DATED: _____1/7/2022_____

By: _____

Leah Boast

DATED: _____

By: _____

Crystal Turner

DATED: _____

By: _____

Rebecca McGuire

DATED: _____

By: _____

Michelle Hodge

DATED: _____

By: _____

Aurora Walker

DATED: _____

By: _____

Hillary Williams

**DEFENDANT**

DATED: _____       **DRAFTKINGS INC.**

By: _____

R. Stanton Dodge

Its:   Chief Legal Officer

P.      The signatories hereto warrant that they are authorized to enter into this

Agreement on behalf of the entities below.

**CLASS REPRESENTATIVE PLAINTIFFS**

DATED: _____

By: _____

Leah Boast

DATED: 1/7/2022
_____

By: _____

Crystal Turner

DATED: _____

By: _____

Rebecca McGuire

DATED: _____

By: _____

Michelle Hodge

DATED: _____

By: _____

Aurora Walker

DATED: _____

By: _____

Hillary Williams

**DEFENDANT**

DATED: _____

**DRAFTKINGS INC.**

By: _____

R. Stanton Dodge

Its:    Chief Legal Officer

P.      The signatories hereto warrant that they are authorized to enter into this

Agreement on behalf of the entities below.

**CLASS REPRESENTATIVE PLAINTIFFS**

DATED: _____

By: _____

Leah Boast

DATED: _____

By: _____

Crystal Turner

DATED: 1/8/2022

By: *Rebecca McGuire*
831E2F3E3A6D4D9...

Rebecca McGuire

DATED: _____

By: _____

Michelle Hodge

DATED: _____

By: _____

Aurora Walker

DATED: _____

By: _____

Hillary Williams

**DEFENDANT**

DATED: _____      **DRAFTKINGS INC.**

By: _____

R. Stanton Dodge

Its:    Chief Legal Officer

P.      The signatories hereto warrant that they are authorized to enter into this

Agreement on behalf of the entities below.

**CLASS REPRESENTATIVE PLAINTIFFS**

DATED: _____

By:    _____
       Leah Boast

DATED: _____

By:    _____
       Crystal Turner

DATED: _____

By:    _____
       Rebecca McGuire

DATED: Jan 17, 2022

By:    _____
       Michelle Hodge (Jan 17, 2022 14:02 EST)
       Michelle Hodge

DATED: _____

By:    _____
       Aurora Walker

DATED: _____

By:    _____
       Hillary Williams

**DEFENDANT**

DATED: _____      **DRAFTKINGS INC.**

By:    _____
       R. Stanton Dodge

Its:   Chief Legal Officer

P.      The signatories hereto warrant that they are authorized to enter into this

Agreement on behalf of the entities below.

**CLASS REPRESENTATIVE PLAINTIFFS**

DATED: _____          By: _____

                                       Leah Boast

DATED: _____            By: _____

                                       Crystal Turner

DATED: _____            By: _____

                                       Rebecca McGuire

DATED: _____            By: _____

                                       Michelle Hodge

DATED: 1/9/2022                    By: _____
                                       *Aurora Walker*
                                       84A6C459EEA34EE...
                                       Aurora Walker

DATED: _____            By: _____

                                       Hillary Williams

**DEFENDANT**

DATED: _____            **DRAFTKINGS INC.**

                                   By: _____

                                       R. Stanton Dodge

                                   Its:    Chief Legal Officer

P.     The signatories hereto warrant that they are authorized to enter into this

Agreement on behalf of the entities below.

**CLASS REPRESENTATIVE PLAINTIFFS**

DATED: _____

By: _____

Leah Boast

DATED: _____

By: _____

Crystal Turner

DATED: _____

By: _____

Rebecca McGuire

DATED: _____

By: _____

Michelle Hodge

DATED: _____

By: _____

Aurora Walker

DATED: 1/7/2022

By: _____


DocuSigned by:
9F6445CFA363480...

Hillary Williams

**DEFENDANT**

DATED: _____

**DRAFTKINGS INC.**

By: _____

R. Stanton Dodge

Its:     Chief Legal Officer

P.     The signatories hereto warrant that they are authorized to enter into this

Agreement on behalf of the entities below.

**CLASS REPRESENTATIVE PLAINTIFFS**

DATED: _____

By: _____

Leah Boast

DATED: _____

By: _____

Crystal Turner

DATED: _____

By: _____

Rebecca McGuire

DATED: _____

By: _____

Michelle Hodge

DATED: _____

By: _____

Aurora Walker

DATED: _____

By: _____

Hillary Williams

**DEFENDANT**

DATED: 1/6/2022          **DRAFTKINGS INC.**

By: _____

R. Stanton Dodge

Its:     Chief Legal Officer

**APPROVED AS TO FORM:**

DATED: _1/18/2022_

**HENINGER GARRISON DAVIS LLC**

By: _____

Taylor Bartlett
Attorneys for Class Representative Plaintiffs

DATED: _____

**KING & SPALDING LLP**

By: _____

Damien J. Marshall
Attorneys for Defendant DRAFTKINGS INC.

**APPROVED AS TO FORM:**

DATED: _____          **HENINGER GARRISON DAVIS LLC**


By: _____
        Taylor Bartlett
        Attorneys for Class Representative Plaintiffs


DATED: <u>1/11/2022</u>          **KING & SPALDING LLP**

By: _____
        Damien J. Marshall
        Attorneys for Defendant DRAFTKINGS INC.

# EXHIBIT A

**EXHIBIT A TO THE SETTLEMENT AGREEMENT**

**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS**

|  |  |
|---|---|
| IN RE:  DAILY FANTASY SPORTS LITIGATION<br><br>This Document Relates to:<br>All Cases | MDL No. 1:16-md-02677-GAO |

**ORDER GRANTING PROVISIONAL CERTIFICATION OF FAMILY MEMBER SETTLEMENT CLASS AND PRELIMINARY APPROVAL OF FAMILY MEMBER CLASS ACTION SETTLEMENT AGREEMENT**

WHEREAS, named family member plaintiffs Leah Boast, Crystal Turner, Rebecca McGuire, Michelle Hodge, Aurora Walker, and Hillary Williams, on behalf of themselves and all those similarly situated, and Defendant DraftKings Inc. ("DraftKings") (collectively, the "Parties"), all acting by and through their respective counsel, have agreed, subject to Court approval following notice to the Family Member Settlement Class (as defined herein) and a hearing, to settle their claims in this litigation as they relate to DraftKings only upon the terms as set forth in the Settlement Agreement dated January 7, 2022 and attached hereto as Attachment 1 (the "Agreement");

WHEREAS, this Court has reviewed and considered the Agreement, together with all exhibits thereto, the record in this case, and the briefs and arguments of counsel; and

WHEREAS, this Court preliminarily finds, for the purposes of settlement only, that the above-captioned action (the "Action") meets all the prerequisites of Rule 23(b)(2) of the Federal

Rules of Civil Procedure, that the Class Representative Plaintiffs (as defined herein) are adequate representatives of the Family Member Settlement Class, and that Class Counsel (as defined herein) are adequate to represent the Family Member Settlement Class, all as specified in this Order Granting Provisional Certification of Family Member Settlement Class and Preliminary Approval of Family Member Class Action Settlement Agreement ("Preliminary Approval Order").

NOW, THEREFORE, based upon the files, records, and proceedings herein, and it appearing to the Court that a hearing should be held on notice to the Family Member Settlement Class of the proposed settlement to determine finally if the terms of the settlement are fair, reasonable, and adequate;

**IT IS HEREBY ORDERED THAT:**

1.     All terms and definitions used herein have the same meanings as set forth in the Agreement.

2.     The proposed settlement set forth in the Agreement is hereby preliminarily approved as being within the range of reasonableness such that notice thereof should be published to Family Member Settlement Class Members (as defined herein).

3.     The Court conditionally and preliminary certifies for settlement purposes only the Family Member Settlement Class.  "Family Member Settlement Class" means, collectively, the District of Columbia Family Member Settlement Class, the Georgia Family Member Settlement Class, the Illinois Family Member Settlement Class, the Indiana Family Member Settlement Class, the Kentucky Family Member Settlement Class, the Massachusetts Family Member Settlement Class, the New Jersey Family Member Settlement Class, the New Mexico Family Member Settlement Class, the Ohio Family Member Settlement Class, the South Carolina

Family Member Settlement Class, the South Dakota Family Member Settlement Class, and the Tennessee Family Member Settlement Class.  Excluded from the class are: (a) all persons who are employees, directors, officers, or agents of DraftKings; (b) government entities; (c) the Court, the Court's immediate family, and Court staff; and (d) the attorneys representing the Parties in the Action.

(a)       "District of Columbia Family Member Settlement Class" means all persons in the District of Columbia who are authorized by District of Columbia law, including D.C. CODE ANN. § 16-1702 and/or related statutes, to bring claims on behalf of a family member or next-of-kin who is or was a DFS Participant.

(b)       "Georgia Family Member Settlement Class" means all persons in the State of Georgia who are authorized by Georgia state law, including OFFICIAL CODE. GA. ANN. § 13-8-3 and/or related statutes, to bring claims on behalf of a family member or next-of-kin who is or was a DFS Participant.

(c)       "Illinois Family Member Settlement Class" means all persons in the State of Illinois who are authorized by Illinois state law, including 720 ILL. COMP. STAT. ANN. 5/28-8 and/or related statutes, to bring claims on behalf of a family member or next-of-kin who is or was a DFS Participant.

(d)       "Indiana Family Member Settlement Class" means all persons in the State of Indiana who are authorized by Indiana state law, including IND. CODE ANN. § 34-16-1-4 and/or related statutes, to recover for claims brought on behalf of a family member or next-of-kin who is or was a DFS Participant.

(e)       "Kentucky Family Member Settlement Class" means all persons in the State of Kentucky who are authorized by Kentucky state law, including KY. REV. STAT.

§ 372.010 to § 372.040 and/or related statutes, to bring claims on behalf of a family member or next-of-kin who is or was a DFS Participant.

(f)    "Massachusetts Family Member Settlement Class" means all persons in the State of Massachusetts who are authorized by Massachusetts state law, including MASS. GEN. LAWS ANN. CH. 137, § 1 and/or related statutes, to bring claims on behalf of a family member or next-of-kin who is or was a DFS Participant.

(g)    "New Jersey Family Member Settlement Class" means all persons in the State of New Jersey who are authorized by New Jersey state law, including N.J. STAT. ANN. § 2A:40-6 and/or related statutes, to bring claims on behalf of a family member or next-of-kin who is or was a DFS Participant.

(h)    "New Mexico Family Member Settlement Class" means all persons in the State of New Mexico who are authorized by New Mexico state law, including NEW MEXICO STAT. ANN. § 44-5-l to § 44-5-3 and/or related statutes, to bring claims on behalf of a family member or next-of-kin who is or was a DFS Participant.

(i)    "Ohio Family Member Settlement Class" means all persons in the State of Ohio who are authorized by Ohio state law, including OHIO REV. CODE ANN. § 3763.04 and/or related statutes, to bring claims on behalf of a family member or next-of-kin who is or was a DFS Participant.

(j)    "South Carolina Family Member Settlement Class" means all persons in the State of South Carolina who are authorized by South Carolina state law, including S.C. CODE ANN. § 32-1-10 to § 32-1-20 and/or related statutes, to bring claims on behalf of a family member or next-of-kin who is or was a DFS Participant.

       (k)    "South Dakota Family Member Settlement Class" means all persons in the State of South Dakota who are authorized by South Dakota state law, including S.D. CODIFIED LAWS §§ 21-6-1, 21-6-2, and/or related statutes, to recover for claims brought on behalf of a family member or next-of-kin who is or was a DFS Participant.

       (l)    "Tennessee Family Member Settlement Class" means all persons in the State of Tennessee who are authorized by Tennessee state law, including TENN. CODE ANN. § 28-3-106, § 29-19-l04 to § 29-19-l05, and/or related statutes, to bring claims on behalf of a family member or next-of-kin who is or was a DFS Participant.

       4.    "Family Member Settlement Class Member(s)" means any Person who is included within the definition of the Family Member Settlement Class.

       5.    The Short Form Class Notice (defined in Paragraph 10) and Long Form Class Notice (defined in Paragraph 13) may define the Family Member Settlement Class as follows:

> All individuals who: (i) had a family member or next-of-kin who (a) participated in a DraftKings Daily Fantasy Sports ("DFS") contest, (b) deposited money into their DraftKings DFS account, and (c) lost money in a DraftKings DFS contest prior to January 7, 2022 ((a), (b), and (c) together shall be known as a "DFS Participant"); (ii) are members of one of the family member settlement classes adopted by the Court in its Order Granting Provisional Certification of Family Member Settlement Class and Preliminary Approval of Family Member Class Action Settlement Agreement in any of the following jurisdictions:  District of Columbia, Georgia, Illinois, Indiana, Kentucky, Massachusetts, New Jersey, New Mexico, Ohio, South Carolina, South Dakota, and Tennessee (the "Settlement Jurisdictions"); and (iii) are authorized by the laws of the Settlement Jurisdictions to bring claims on behalf of such family members or next-of-kin who is or was a DFS Participant.

       6.    Leah Boast, Crystal Turner, Rebecca McGuire, Michelle Hodge, Aurora Walker, and Hillary Williams are hereby found to be adequate and are therefore appointed as representatives of the Family Member Settlement Class (the "Class Representative Plaintiffs").

7.      The following counsel is hereby found to be adequate and are therefore appointed as class counsel for the Family Member Settlement Class ("Class Counsel"):

**HENINGER GARRISON DAVIS LLC**
Taylor Bartlett
2224 1st Avenue N.,
Birmingham, AL 35203
Email: Taylor@hgdlawfirm.com

8.      If the Court does not enter the Judgment and Approval Order, this certification order, including the above description of the Family Member Settlement Class and appointment of the Class Representative Plaintiffs and Class Counsel, shall be vacated, and this Action shall proceed as though the certification and appointments never occurred.

9.      Pending final determination of whether the settlement should be approved, neither the Class Representative Plaintiffs nor any member of the Family Member Settlement Class, whether directly, indirectly, individually, representatively, or in any other capacity, shall commence or prosecute any action or proceeding of any nature whatsoever asserting any of the claims herein against DraftKings.

10.     The Short Form Family Member Class Action Settlement Notice, which is attached as **Exhibit B-1** to the Agreement ("Short Form Class Notice"), is hereby approved as to form.  DraftKings shall cause the Short Form Class Notice to be issued by publishing the Short Form Class Notice once per week for two consecutive weeks in the regional *USA Today* editions distributed in the following jurisdictions: District of Columbia, Georgia, Illinois, Indiana, Kentucky, Massachusetts, New Jersey, New Mexico, Ohio, South Carolina, South Dakota, and Tennessee.

11.     DraftKings shall provide and bear the cost of notice to the appropriate federal and state officials as required by the Class Action Fairness Act of 2005, 28 U.S.C. § 1715(a).

12.     DraftKings is directed to file with the Court and serve upon Class Counsel, prior to the date of the Fairness Hearing, a declaration confirming that publication of the Short Form Class Notice has taken place in accordance with this Preliminary Approval Order.

13.     DraftKings or an administrator directed by DraftKings shall establish and maintain at its sole expense a website related to the settlement, which will allow access to the Agreement, this Preliminary Approval Order, as well as the Long Form Family Member Class Action Settlement Notice, which is attached as **Exhibit B-2** to the Agreement (the "Long Form Class Notice").  The Court hereby approves the form of the Long Form Class Notice.

14.     The Court finds that publication in the identified newspaper(s) of the Short Form Class Notice and dissemination via the website of the Long Form Class Notice under the terms and in the format provided for in the Agreement and this Preliminary Approval Order constitutes an appropriate notice and is sufficient notice for all purposes to all persons entitled to such notice, and that it fully satisfies the requirements of due process and all other applicable laws.

15.     A hearing (the "Fairness Hearing") shall be held on _____, at __:__ _.m., in Courtroom 9, before the Honorable George A. O'Toole, Jr., John Joseph Moakley U.S. Courthouse, 1 Courthouse Way, Boston, MA  02210 to determine whether the proposed settlement of this Action as to DraftKings should be finally approved as fair, reasonable, and adequate and whether the Judgment and Approval Order approving the settlement and dismissing certain claims asserted in the Action on the merits and with prejudice should be entered.  The Court will hear Class Counsel's application for attorneys' fees, costs, and expenses concurrently with the Fairness Hearing.  The Court will also hear Class Counsel's application for Class Representative Plaintiffs Service Awards at the Fairness Hearing.  The Fairness Hearing may be

postponed, adjourned, or rescheduled by order of the Court without further notice to the members of the Family Member Settlement Class.

16.     Objections by any Family Member Settlement Class Member to the Agreement shall be heard and any papers submitted in support of said objections shall be considered by the Court at the Fairness Hearing only if, by _____, 2022, such objector mails to the Clerk of the United States District Court, District of Massachusetts, Class Counsel, and Defense Counsel, at the addresses provided in the Short Form Class Notice, which is attached to the Agreement as **Exhibit B-1**, and the Long Form Class Notice, which is attached to the Agreement as **Exhibit B-2**, a written objection that states all of the following: (i) the objector's full name, address, telephone number, and e-mail address; (ii) the case name and case number; (iii) information identifying the objector as a Family Member Settlement Class Member; (iv) a written statement of the specific legal and factual basis for each objection, including whether the objection applies only to the objecting person, a specific subset of the Family Member Settlement Class, or the entire Family Member Settlement Class; (v) a description of any and all evidence the objecting person may offer at the Fairness Hearing, including but not limited to the names, addresses, and expected testimony of any witnesses and all exhibits intended to be introduced at the hearing; (vi) the identity of all counsel representing the objector; (vii) a statement whether the objector and/or their counsel will appear at the Fairness Hearing; (viii) the objector's signature and the signature of the objector's duly authorized attorney or other duly authorized representative (along with documentation setting forth such representation); and (ix) a list, by case name, court, and docket number, of all other cases in which the objector and/or the objector's counsel has filed an objection to any proposed class action settlement within the last five (5) years.

17.     A Family Member Settlement Class Member need not appear at the Fairness Hearing in order for his, her, or its objection to be considered.

18.     The filing of an objection allows Class Counsel or DraftKings' Counsel to notice such objecting Family Member Settlement Class Member for and take his, her, or its deposition consistent with the Federal Rules of Civil Procedure at an agreed-upon location, and to seek any documentary evidence or other tangible things that are relevant to the objection.  Failure by an objecting Family Member Settlement Class Member to make himself, herself, or itself available for a deposition or to comply with expedited discovery requests may result in the Court striking the Family Member Settlement Class Member's objection and otherwise denying that Family Member Settlement Class Member the opportunity to make an objection or be further heard.  The Court reserves the right to tax the costs of any such discovery to the objecting Family Member Settlement Class Member or the objecting Family Member Settlement Class Member's separate counsel should the Court determine that the objection is frivolous or is made for an improper purpose.

19.     Class Counsel shall file any application for an award of attorneys' fees, costs, and expenses and for Class Representative Plaintiffs Service Awards (the "Fee Application") no later than _____, 2022, which shall be heard on the same date as the Fairness Hearing.

20.     Counsel for the Parties shall file memoranda, declarations, or other statements and materials in support of Final Approval no later than _____, 2022.

21.     Counsel for the Parties shall file any reply papers in support of Final Approval or the Fee Application and in response to any objections from Family Member Settlement Class Members by _____, 2022.

22.     The settlement on the terms and conditions of the Agreement filed concurrently with the Parties' joint motion for preliminary approval is hereby preliminarily approved, but is not to be deemed an admission of liability or fault by DraftKings or by any other Party or Person, or a finding of the validity of any claims asserted in the Action or of any wrongdoing or of any violation of law by DraftKings.  The settlement is not a concession and shall not be used as an admission of any fault or omission by DraftKings or any other Party or Person.

23.     Any Family Member Settlement Class Member may enter an appearance in the Action individually or through the counsel of their choice at their own expense.  Other than Family Member Settlement Class Members who enter an appearance, the Family Member Settlement Class will be represented by Class Counsel.

24.     Counsel for the Parties are hereby authorized to utilize all reasonable procedures in connection with the administration of the settlement which are not materially inconsistent with either this Preliminary Approval Order or the terms of the Agreement.

25.     Summary of Dates and Deadlines:

| | |
|---|---|
| Last day to begin publication of the Short Form Class Notice: | _____, 2022 (30 days after entry of this Preliminary Approval Order) |
| Last day to file papers in support of Final Approval and any application for attorneys' fees, costs, and expenses, and Class Representative Plaintiffs Service Awards: | _____, 2022 (51 days after entry of this Preliminary Approval Order) |
| Last day for Family Member Settlement Class Members to file comments and objections to the settlement or Fee Application: | _____, 2022 (28 days prior to the Fairness Hearing) |

| | |
|---|---|
| Last day for the Parties to file replies to any Family Member Settlement Class Member's objections: | _____, 2022<br>(14 days prior to the Fairness Hearing) |
| Fairness Hearing: | _____, 2022 at ____ a.m./p.m.<br>(Date to be set by Court, not less than 100 days after entry of this Preliminary Approval Order) |

**IT IS SO ORDERED.**

DATED: _____


_____

Hon. George A. O'Toole, Jr.
United States District Judge

**APPROVED AS TO FORM:**

DATED: _____        **HENINGER GARRISON DAVIS LLC**


                                 By: _____
                                     Taylor Bartlett
                                     Attorneys for Class Representative Plaintiffs


DATED: _____        **KING & SPALDING LLP**


                                 By: _____
                                     Damien J. Marshall
                                     Attorneys for Defendant DRAFTKINGS INC.

**ATTACHMENT 1**

[Fully-Executed Settlement Agreement]

# EXHIBIT B-1

**EXHIBIT B-1 TO THE SETTLEMENT AGREEMENT**

**SHORT FORM FAMILY MEMBER CLASS ACTION SETTLEMENT NOTICE**

*IN RE: DAILY FANTASY SPORTS LITIGATION*, CASE NO. 16-MDL-02677-GAO
UNITED STATES DISTRICT COURT FOR THE DISTRICT OF MASSACHUSETTS

**FAMILY MEMBER CLASS ACTION SETTLEMENT NOTICE**

Notice of Pendency and Settlement of Class Action

**To all individuals who: (i) had a family member or next-of-kin who (a) participated in a DraftKings Daily Fantasy Sports ("DFS") contest, (b) deposited money into their DraftKings DFS account, and (c) lost money in a DraftKings DFS contest prior to January 7, 2022 ((a), (b), and (c) together shall be known as a "DFS Participant"); (ii) are members of one of the family member settlement classes adopted by the Court in its Order Granting Provisional Certification of Family Member Settlement Class and Preliminary Approval of Family Member Class Action Settlement Agreement in any of the following jurisdictions: District of Columbia, Georgia, Illinois, Indiana, Kentucky, Massachusetts, New Jersey, New Mexico, Ohio, South Carolina, South Dakota, and Tennessee (the "Settlement Jurisdictions"); and (iii) are authorized by the laws of the Settlement Jurisdictions to bring claims on behalf of such family members or next-of-kin who is or was a DFS Participant (individually, a "Family Member Settlement Class Member(s)" and collectively, the "Family Member Settlement Class").**

*PLEASE READ THIS NOTICE CAREFULLY.  THIS NOTICE MAY AFFECT YOUR RIGHTS.*

- The parties reached a settlement in this case on January 7, 2022 that will, subject to the terms and conditions set forth therein, provide benefits to certain individuals that are family members or next-of-kin of DFS Participants.

- Under the settlement, DraftKings will adopt and maintain, pursuant to the Court's order for a period of not less than two (2) years, a process for allowing individuals who are authorized by statute in the Settlement Jurisdiction of their residence to request that any family member or next-of-kin who participated in a DraftKings DFS contest, deposited money into a DraftKings DFS account, and lost money in a DraftKings DFS contest be excluded from DraftKings' site or request the setting of deposit or loss limits for that DFS contestant.  The procedures for honoring such individual requests shall be published on DraftKings' Responsible Gaming page on its website.

- Under the settlement, DraftKings shall also make charitable donations of $325,000 in the aggregate for support, research, training, education, or membership to national responsible gaming organizations.

- The Court has appointed the law firm of Heninger Garrison Davis, LLC ("Class Counsel") to represent all Family Member Settlement Class Members.  Class Counsel will ask the Court to award them attorneys' fees, costs, and expenses up to $140,000.00 and service awards up to $1,250.00 to each of the Class Representative Plaintiffs.  The Court may award less than these amounts.  DraftKings has agreed not to oppose these attorneys' fees, costs, and expenses and service awards and will separately pay the amounts that the Court awards, provided that such requests do not exceed $140,000.00 and $1,250.00, respectively.

- We are publishing this notice because settlement class members have a right to know about a proposed settlement of a class action lawsuit, and about their options, before a court decides whether to issue a final approval of the settlement.

- Your legal rights are affected whether you act or don't act.  Read this notice carefully.

**YOUR LEGAL RIGHTS AND OPTIONS IN THIS SETTLEMENT:**

If you are a Family Member Settlement Class Member, you can tell the Court that you object to the settlement and think the Court should not approve it.  The Court will consider your views.  However, if the Court rejects your objection, you will be bound by the terms of the settlement.

To object, you must mail a written objection to each of the following addresses postmarked no later than _____, 2022:

| COURT | CLASS COUNSEL | DEFENSE COUNSEL |
|---|---|---|
| Clerk of the Court<br>John Joseph Moakley U.S. Courthouse<br>1 Courthouse Way<br>Boston, MA 02210 | **HENINGER GARRISON DAVIS LLC**<br>Taylor Bartlett<br>2224 1st Avenue N.<br>Birmingham, AL 35203 | **KING & SPALDING LLP**<br>Damien J. Marshall<br>Leigh Nathanson<br>1185 Avenue of the Americas, 34th Floor<br>New York, NY 10036 |

To be valid, your written objection must state: (1) your full name, address, telephone number, and e-mail address; (2) the case name and case number; (3) information identifying you as a Family Member Settlement Class Member; (4) a written statement of the specific legal and factual basis for your objection, including whether your objection applies only to you, a specific subset of the Family Member Settlement Class, or the entire Family Member Settlement Class; (5) a description of any and all evidence you may offer at the Fairness Hearing (as defined below), including but not limited to the names, addresses, and expected testimony of any witnesses and all exhibits intended to be introduced at the hearing; (6) the identity of all counsel representing you; (7) a statement whether you and/or your counsel will appear at the Fairness Hearing; (8) your signature and the signature of your duly authorized attorney or other duly authorized representative (along with documentation setting forth such representation); and (9) a list, by case name, court, and docket number, of all other cases in which you and/or your counsel has filed an objection to any proposed class action settlement within the last five (5) years.  If you file an objection, Class Counsel or counsel for DraftKings may take your deposition and seek evidence from you that is relevant to your objection.

The Court will hold a hearing (the "Fairness Hearing") at the United States District Court, District of Massachusetts, Boston Division, in the Honorable George A. O'Toole, Jr.'s courtroom, John Joseph Moakley U.S. Courthouse, 1 Courthouse Way, Courtroom 9, Boston, Massachusetts, 02210 on _____, 2022, at ___: 0 ___.m.  At the hearing, the Court will consider whether the settlement is fair, reasonable, and adequate.  If there are objections, the Court will consider them.  If you send an objection, you don't have to come to Court to talk about it.  As long as you send your written objection on time, the Court will consider it.  However, if you file an objection but choose not to appear at the Fairness Hearing, you may waive your right to appeal from any Court order concerning your objection.  After the hearing, the Court will decide whether to approve the

settlement.  If the settlement is approved, you won't be able to start, continue, or be a part of any other lawsuit against DraftKings based on the legal issues in the case, ever again.  We do not know how long it will take the Court to make a decision.

If the settlement is approved by the Court and becomes final, the settlement will be consummated and the case will end.  If the settlement is not approved by the Court or does not become final for some other reason, the litigation will continue.

You can get more information about this litigation and the settlement (including a longer form of notice to you) at www.[websitename].com.  If you have questions about your legal rights or entitlements, you may contact Class Counsel:

> **HENINGER GARRISON DAVIS LLC**
> Taylor Bartlett
> 2224 1st Avenue N.
> Birmingham, AL 35203
> Email: DFS@hgdlawfirm.com

Please do not contact DraftKings through any other e-mail address, website, or telephone number about the settlement, as regular DraftKings Customer Service representatives will be unable to assist you with this matter.  You may also visit the website after the date of the Fairness Hearing to find out if the settlement was given final approval.

# EXHIBIT B-2

**EXHIBIT B-2 TO THE SETTLEMENT AGREEMENT**

**LONG FORM FAMILY MEMBER CLASS ACTION SETTLEMENT NOTICE**

*IN RE: DAILY FANTASY SPORTS LITIGATION*, CASE NO. 16-MDL-02677-GAO
UNITED STATES DISTRICT COURT FOR THE DISTRICT OF MASSACHUSETTS

**FAMILY MEMBER CLASS ACTION SETTLEMENT NOTICE**

Notice of Pendency and Settlement of Class Action

**To all individuals who: (i) had a family member or next-of-kin who (a) participated in a DraftKings Daily Fantasy Sports ("DFS") contest, (b) deposited money into their DraftKings DFS account, and (c) lost money in a DraftKings DFS contest prior to January 7, 2022 ((a), (b), and (c) together shall be known as a "DFS Participant"); (ii) are members of one of the family member settlement classes adopted by the Court in its Order Granting Provisional Certification of Family Member Settlement Class and Preliminary Approval of Family Member Class Action Settlement Agreement in any of the following jurisdictions: District of Columbia, Georgia, Illinois, Indiana, Kentucky, Massachusetts, New Jersey, New Mexico, Ohio, South Carolina, South Dakota, and Tennessee (the "Settlement Jurisdictions"); and (iii) are authorized by the laws of the Settlement Jurisdictions to bring claims on behalf of such family members or next-of-kin who is or was a DFS Participant (individually, a "Family Member Settlement Class Member(s)" and collectively, the "Family Member Settlement Class").**

*PLEASE READ THIS NOTICE CAREFULLY.  THIS NOTICE MAY AFFECT YOUR RIGHTS.*

- The parties reached a settlement in this case on January 7, 2022 that will, subject to the terms and conditions set forth therein, provide benefits to certain individuals that are family members or next-of-kin of DFS Participants.

- Under the settlement, DraftKings will adopt and maintain, pursuant to the Court's order for a period of not less than two (2) years, a process allowing for individuals who are authorized by statute in the Settlement Jurisdiction of their residence to request that any family member or next-of-kin who participated in a DraftKings DFS contest, deposited money into a DraftKings DFS account, and lost money in a DraftKings DFS contest be excluded from DraftKings' site or request the setting of deposit or loss limits for that DFS contestant.  The procedures for honoring such individual requests shall be published on DraftKings' Responsible Gaming page on its website.

- Under the settlement, DraftKings shall also make charitable donations of $325,000 in the aggregate for support, research, training, education, or membership to national responsible gaming organizations.

- The Court has appointed the law firm of Heninger Garrison Davis LLC ("Class Counsel") to represent all Family Member Settlement Class Members.  Class Counsel will ask the Court to award them attorneys' fees, costs, and expenses up to $140,000.00 and service awards up to $1,250.00 to each of the Class Representative Plaintiffs.  The Court may award less than these amounts.  DraftKings has agreed not to oppose these attorneys' fees, costs, and expenses and

**EXHIBIT B-2 TO THE SETTLEMENT AGREEMENT**

**LONG FORM FAMILY MEMBER CLASS ACTION SETTLEMENT NOTICE**

service awards and will separately pay the amounts that the Court awards, provided that such requests do not exceed $140,000.00 and 1,250.00, respectively.

- We are publishing this notice because settlement class members have a right to know about a proposed settlement of a class action lawsuit, and about their options, before a court decides whether to issue a final approval of the settlement.

- Your legal rights are affected whether you act or don't act.  Read this notice carefully.

| **YOUR LEGAL RIGHTS AND OPTIONS IN THIS SETTLEMENT:** |
|---|

If you are a Family Member Settlement Class Member, you can tell the Court that you object to the settlement and think the Court should not approve it.  The Court will consider your views. However, if the Court rejects your objection, you will be bound by the terms of the settlement.

To object, you must mail a written objection to each of the following addresses postmarked no later than _____, 2022:

| COURT | CLASS COUNSEL | DEFENSE COUNSEL |
|---|---|---|
| Clerk of the Court John Joseph Moakley U.S. Courthouse 1 Courthouse Way Boston, MA 02210 | **HENINGER GARRISON DAVIS LLC** Taylor Bartlett 2224 1st Avenue N. Birmingham, AL 35203 | **KING & SPALDING LLP** Damien J. Marshall Leigh Nathanson 1185 Avenue of the Americas, 34th Floor New York, NY 10036 |

To be valid, your written objection must state: (1) your full name, address, telephone number, and e-mail address; (2) the case name and case number; (3) information identifying you as a Family Member Settlement Class Member; (4) a written statement of the specific legal and factual basis for your objection, including whether your objection applies only to you, a specific subset of the Family Member Settlement Class, or the entire Family Member Settlement Class; (5) a description of any and all evidence you may offer at the Fairness Hearing (as defined below), including but not limited to the names, addresses, and expected testimony of any witnesses and all exhibits intended to be introduced at the hearing; (6) the identity of all counsel representing you; (7) a statement whether you and/or your counsel will appear at the Fairness Hearing; (8) your signature and the signature of your duly authorized attorney or other duly authorized representative (along with documentation setting forth such representation); and (9) a list, by case name, court, and docket number, of all other cases in which you and/or your counsel has filed an objection to any proposed class action settlement within the last five (5) years.  If you file an objection, Class Counsel or counsel for DraftKings may take your deposition and seek evidence from you that is relevant to your objection.

The Court will hold a hearing (the "Fairness Hearing") at the United States District Court, District of Massachusetts, Boston Division, in the Honorable George A. O'Toole, Jr.'s courtroom, John

**EXHIBIT B-2 TO THE SETTLEMENT AGREEMENT**

**LONG FORM FAMILY MEMBER CLASS ACTION SETTLEMENT NOTICE**

Joseph Moakley U.S. Courthouse, 1 Courthouse Way, Courtroom 9, Boston, Massachusetts, 02210 on _____, 2022, at __ : 0 __.m.  At the hearing, the Court will consider whether the settlement is fair, reasonable, and adequate.  If there are objections, the Court will consider them.  If you send an objection, you don't have to come to Court to talk about it.  As long as you send your written objection on time, the Court will consider it.  However, if you file an objection but choose not to appear at the Fairness Hearing, you may waive your right to appeal from any Court order concerning your objection.  After the hearing, the Court will decide whether to approve the settlement.  If the settlement is approved, you won't be able to start, continue, or be a part of any other lawsuit against DraftKings based on the legal issues in the case, ever again.  We do not know how long it will take the Court to make a decision.

If the settlement is approved by the Court and becomes final, the settlement will be consummated and the case will end.  If the settlement is not approved by the Court or does not become final for some other reason, the litigation will continue.

## WHAT THIS NOTICE CONTAINS

1.   Why is this notice being posted?........................................................................ 1

2.   What is this lawsuit about?................................................................................ 1

3.   Why is this a class action lawsuit? ................................................................... 1

4.   Why is there a settlement? ............................................................................... 1

5.   How do I know if I am part of the settlement?.................................................. 2

6.   What can I get from the settlement?................................................................. 3

7.   What other settlement benefits are there? ...................................................... 4

8.   What happens if the settlement is approved? .................................................. 4

9.   Do I have a lawyer in this case?....................................................................... 4

10.  How will the lawyers be paid? .......................................................................... 4

11.  How do I tell the Court that I don't like the settlement?................................... 5

12.  When and where will the Court decide whether to approve the settlement? ...................... 5

13.  Do I have to come to the hearing?.................................................................... 6

14.  What happens if I do nothing at all? ................................................................. 6

## BASIC INFORMATION

**1.      Why is this notice being posted?**

This notice is being posted because settlement class members have a right to know about a proposed settlement of a class action lawsuit before a court decides whether to issue a final approval of the settlement.

This notice explains the lawsuit, the settlement, and your legal rights.

The court in charge of the case is the United States District Court for the District of Massachusetts (the "Court"), and the case is known as *In re: Daily Fantasy Sports Litigation*, MDL Case No. 16-MDL02677-GAO.  The people who sued are called plaintiffs and the company they sued, DraftKings Inc. ("DraftKings") is called the defendant.

**2.      What is this lawsuit about?**

Plaintiffs alleged that DraftKings operates an illegal online daily fantasy sports website that has caused damages to family members and next-of-kin of DraftKings users who lost money in DraftKings DFS contests.  DraftKings denies these allegations entirely, and this settlement is in no way an admission of any wrongdoing on the part of DraftKings.

**3.      Why is this a class action lawsuit?**

In a class action, one or more people called class representatives sue on behalf of people who have similar claims.  All of these people form a class and are also class members, including the class representatives.  One court resolves the issues for all class members.  U.S. District Judge George A. O'Toole, Jr. is in charge of this class action.

**4.      Why is there a settlement?**

The Court did not decide in favor of Plaintiffs or Defendant.  Instead, both sides agreed to a settlement.  That way, they avoid the cost of a trial, and the people affected will receive a benefit.  The Class Representative Plaintiffs and Class Counsel think the settlement is best for the Family Member Settlement Class.

## <u>WHO IS IN THE SETTLEMENT?</u>

To see if you are bound by the settlement, you must first determine if you are a Family Member Settlement Class Member.

**5.      How do I know if I am part of the settlement?**

You may be a Family Member Settlement Class Member if you: (i) had a family member or next-of-kin who is or was a DFS Participant; (ii) are a member of one of the family member settlement classes adopted by the Court in its Order Granting Provisional Certification of Family Member Settlement Class and Preliminary Approval of Family Member Class Action Settlement Agreement in any of the Settlement Jurisdictions; and (iii) are authorized by the laws of the Settlement Jurisdictions to bring claims on behalf of such family members or next-of-kin who is or was a DFS Participant.

The Family Member Settlement Class under the Settlement Agreement includes the District of Columbia Family Member Settlement Class, the Georgia Family Member Settlement Class, the Illinois Family Member Settlement Class, the Indiana Family Member Settlement Class, the Kentucky Family Member Settlement Class, the Massachusetts Family Member Settlement Class, the New Jersey Family Member Settlement Class, the New Mexico Family Member Settlement Class, the Ohio Family Member Settlement Class, the South Carolina Family Member Settlement Class, the South Dakota Family Member Settlement Class, and the Tennessee Family Member Settlement Class.  Excluded from the class are: (a) all persons who are employees, directors, officers, or agents of DraftKings; (b) government entities; (c) the Court, the Court's immediate family, and Court staff; and (d) the attorneys representing the parties in the case.

"District of Columbia Family Member Settlement Class" means all persons in the District of Columbia who are authorized by District of Columbia law, including D.C. CODE ANN. § 16-1702 and/or related statutes, to bring claims on behalf of a family member or next-of-kin who is or was a DFS Participant.

"Georgia Family Member Settlement Class" means all persons in the State of Georgia who are authorized by Georgia state law, including OFFICIAL CODE. GA. ANN. § 13-8-3 and/or related statutes, to bring claims on behalf of a family member or next-of-kin who is or was a DFS Participant.

"Illinois Family Member Settlement Class" means all persons in the State of Illinois who are authorized by Illinois state law, including 720 ILL. COMP. STAT. ANN. 5/28-8 and/or related statutes, to bring claims on behalf of a family member or next-of-kin who is or was a DFS Participant.

"Indiana Family Member Settlement Class" means all persons in the State of Indiana who are authorized by Indiana state law, including IND. CODE ANN. § 34-16-1-4 and/or related statutes, to recover for claims brought on behalf of a family member or next-of-kin who is or was a DFS Participant.

"Kentucky Family Member Settlement Class" means all persons in the State of Kentucky who are authorized by Kentucky state law, including KY. REV. STAT. § 372.010 to § 372.040 and/or related statutes, to bring claims on behalf of a family member or next-of-kin who is or was a DFS Participant.

"Massachusetts Family Member Settlement Class" means all persons in the State of Massachusetts who are authorized by Massachusetts state law, including MASS. GEN. LAWS ANN. CH. 137, § 1 and/or related statutes, to bring claims on behalf of a family member or next-of-kin who is or was a DFS Participant.""New Jersey Family Member Settlement Class" means all persons in the State of New Jersey who are authorized by New Jersey state law, including N.J. STAT. ANN. § 2A:40-6 and/or related statutes, to bring claims on behalf of a family member or next-of-kin who is or was a DFS Participant.

"New Mexico Family Member Settlement Class" means all persons in the State of New Mexico who are authorized by New Mexico state law, including NEW MEXICO STAT. ANN. § 44-5-l to § 44-5-3 and/or related statutes, to bring claims on behalf of a family member or next-of-kin who is or was a DFS Participant.

"Ohio Family Member Settlement Class" means all persons in the State of Ohio who are authorized by Ohio state law, including OHIO REV. CODE ANN. § 3763.04 and/or related statutes, to bring claims on behalf of a family member or next-of-kin who is or was a DFS Participant.

"South Carolina Family Member Settlement Class" means all persons in the State of South Carolina who are authorized by South Carolina state law, including S.C. CODE ANN. § 32-1-10 to § 32-1-20 and/or related statutes, to bring claims on behalf of a family member or next-of-kin who is or was a DFS Participant.

"South Dakota Family Member Settlement Class" means all persons in the State of South Dakota who are authorized by South Dakota state law, including S.D. CODIFIED LAWS §§ 21-6-1, 21-6---2, and/or related statutes, to recover for claims brought on behalf of a family member or next-of-kin who is or was a DFS Participant.

"Tennessee Family Member Settlement Class" means all persons in the State of Tennessee who are authorized by Tennessee state law, including TENN. CODE ANN. § 28-3-106, § 29-19-l04 to § 29-19-l05, and/or related statutes, to bring claims on behalf of a family member or next-of-kin who is or was a DFS Participant.

## THE SETTLEMENT BENEFITS—WHAT YOU GET

**6.     What can I get from the settlement?**

Under the settlement, DraftKings will adopt and maintain a process for allowing individuals who are authorized by statute in the Settlement Jurisdiction of their residence to request that any family member or next-of-kin who participated in a DraftKings DFS contest, deposited money into a DraftKings DFS account, and lost money in a DraftKings DFS contest be excluded from DraftKings' site or request the setting of deposit or loss limits for that DFS contestant.  The process

for honoring such individual requests shall be published on DraftKings' Responsible Gaming page on its website.

### 7.     What other settlement benefits are there?

Under the settlement, DraftKings shall also make charitable donations of $325,000 in the aggregate for support, research, training, education, or membership to national responsible gaming organizations.

## WHAT HAPPENS IF THE SETTLEMENT IS APPROVED?

### 8.     What happens if the settlement is approved?

If the settlement is approved by the Court and becomes final, the settlement will be consummated and the case will end; DraftKings will provide the benefits discussed above; and you can't sue, continue to sue, or be part of any other lawsuit against DraftKings about the legal issues in this case. It also means that all of the Court's orders will apply to you and legally bind you.  You will agree to release all claims against DraftKings related to the legal issues in this case.  The full release is available in the Settlement Agreement.

If the settlement is not approved by the Court or does not become final for some other reason, the litigation will continue.

## THE LAWYERS REPRESENTING YOU

### 9.     Do I have a lawyer in this case?

The Court has appointed the law firm of Heninger, Garrison & Davis, LLC to represent all Family Member Settlement Class Members.  The law firm is called Class Counsel.  You will not be charged for the lawyers.  If you want to be represented by your own lawyer, you may hire one at your own expense.

### 10.     How will the lawyers be paid?

Class Counsel will ask the Court to award them attorneys' fees, costs, and expenses up to $140,000.00 and service awards of $1,250.00 for each of the Class Representative Plaintiffs.  The Court may award less than these amounts.  DraftKings has agreed not to oppose these attorneys' fees, costs, and expenses and service awards and will separately pay the amounts that the Court awards, provided that such requests do not exceed $140,000.00 and $1,250.00, respectively.  These amounts will not be paid by Family Member Settlement Class Members and will not reduce the benefits available to Family Member Settlement Class Members.

## OBJECTING TO THE SETTLEMENT

**11.    How do I tell the Court that I don't like the settlement?**

If you are a Family Member Settlement Class Member, you can tell the Court that you object to the settlement and think the Court should not approve it.  The Court will consider your views.  However, if the Court rejects your objection, you will be bound by the terms of the settlement.

To object, you must mail a written objection to each of the following addresses postmarked no later than _____, 2022:

| COURT | CLASS COUNSEL | DEFENSE COUNSEL |
|---|---|---|
| Clerk of the Court<br>John Joseph Moakley U.S. Courthouse<br>1 Courthouse Way<br>Boston, MA 02210 | **HENINGER GARRISON DAVIS LLC**<br>Taylor Bartlett<br>2224 1st Avenue N.<br>Birmingham, AL 35203 | **KING & SPALDING LLP**<br>Damien J. Marshall<br>Leigh Nathanson<br>1185 Avenue of the Americas, 34th Floor<br>New York, NY 10036 |

To be valid, your written objection must state: (1) your full name, address, telephone number, and e-mail address; (2) the case name and case number; (3) information identifying you as a Family Member Settlement Class Member; (4) a written statement of the specific legal and factual basis for your objection, including whether your objection applies only to you, a specific subset of the Family Member Settlement Class, or the entire Family Member Settlement Class; (5) a description of any and all evidence you may offer at the Fairness Hearing, including but not limited to the names, addresses, and expected testimony of any witnesses and all exhibits intended to be introduced at the hearing; (6) the identity of all counsel representing you; (7) a statement whether you and/or your counsel will appear at the Fairness Hearing; (8) your signature and the signature of your duly authorized attorney or other duly authorized representative (along with documentation setting forth such representation); and (9) a list, by case name, court, and docket number, of all other cases in which you and/or your counsel has filed an objection to any proposed class action settlement within the last five (5) years.   If you file an objection, Class Counsel or counsel for DraftKings may take your deposition and seek evidence from you that is relevant to your objection.

## THE FAIRNESS HEARING

The Court will hold a Fairness Hearing to decide whether to finally approve the settlement.  You may attend and you may speak, but you don't have to.

**12.    When and where will the Court decide whether to approve the settlement?**

The Court will hold a Fairness Hearing at the United States District Court, District of Massachusetts, Boston Division, in the Honorable George A. O'Toole, Jr.'s courtroom, John Joseph Moakley U.S. Courthouse, 1 Courthouse Way, Courtroom 9, Boston, Massachusetts, 02210 on _____, 2022, at __:_0__.m.  At the hearing, the Court will consider whether the settlement is fair, reasonable, and adequate.  If there are objections, the Court will consider them.  The Court will also consider how much DraftKings should pay to Class Counsel and the Class Representative

Plaintiffs.  After the hearing, the Court will decide whether to approve the settlement.  We do not know how long it will take the Court to make a decision.

**13.    Do I have to come to the hearing?**

No.  Class Counsel will answer questions Judge O'Toole may have.  But you are welcome to come at your own expense.  If you send an objection, you don't have to come to Court to talk about it.  As long as you send your written objection on time, the Court will consider it.  However, if you file an objection but choose not to appear at the Fairness Hearing, you may waive your right to appeal from any Court order concerning your objection.  You may also pay your own lawyer to attend the hearing, but it is not necessary.

<u>**IF YOU DO NOTHING**</u>

**14.    What happens if I do nothing at all?**

If you do nothing at all, you won't be able to start, continue, or be a part of any other lawsuit against DraftKings based on the legal issues in this case, ever again.

# EXHIBIT C

**EXHIBIT C TO THE SETTLEMENT AGREEMENT**

**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS**

| | |
|---|---|
| IN RE:  DAILY FANTASY SPORTS LITIGATION | MDL No. 1:16-md-02677-GAO |
| This Document Relates to: All Cases | |

---

**JUDGMENT AND ORDER APPROVING SETTLEMENT AND
DISMISSING CLAIMS OF FAMILY MEMBER PLAINTIFFS WITH PREJUDICE**

This matter came before the Court for hearing on _____, 2022. The Court, having considered the Motions for Preliminary Approval and Final Approval and the declarations in support thereof, the Settlement Agreement dated January 7, 2022 (the "Agreement"), objections and comments received regarding the proposed settlement, the record in the above-captioned action (the "Action"), the evidence presented, and the arguments and authorities presented by counsel, and for good cause appearing,

**IT IS HEREBY ORDERED, ADJUDGED, AND DECREED AS FOLLOWS:**

1.      The Court, for purposes of this Judgment and Order Approving Settlement and Dismissing Claims of Family Member Plaintiffs with Prejudice (the "Judgment and Approval Order"), adopts the capitalized terms and their definitions set forth in the Agreement.

2.      The Court has jurisdiction over the subject matter of the Action, the Class Representative Plaintiffs, the Family Member Settlement Class Members, and DraftKings.

3.     The Court finds that the notice to the Family Member Settlement Class of the pendency of the Action and of this settlement constituted an appropriate notice and is sufficient notice for all purposes to all persons within the definition of the Family Member Settlement Class, and fully satisfies the requirements of due process and of all applicable statutes and laws.

4.     The Court hereby adopts and approves the Agreement and the settlement terms and conditions contained therein and finds that it is in all respects fair, reasonable, adequate, just, and in compliance with all applicable requirements of the United States Constitution (including the Due Process Clause) and all other applicable laws, and in the best interest of the Parties and the Family Member Settlement Class.  Any objections have been considered and are hereby overruled.  Accordingly, the Court directs the Parties and their counsel to implement and consummate the settlement in accordance with the terms and conditions of all portions of the Agreement.

5.     Pursuant to Rule 23(b)(2) of the Federal Rules of Civil Procedure, the Court hereby finally certifies a Family Member Settlement Class consisting of the District of Columbia Family Member Settlement Class, the Georgia Family Member Settlement Class, the Illinois Family Member Settlement Class, the Indiana Family Member Settlement Class, the Kentucky Family Member Settlement Class, the Massachusetts Family Member Settlement Class, the New Jersey Family Member Settlement Class, the New Mexico Family Member Settlement Class, the Ohio Family Member Settlement Class, the South Carolina Family Member Settlement Class, the South Dakota Family Member Settlement Class, and the Tennessee Family Member Settlement Class.  Excluded from the class are: (a) all persons who are employees, directors, officers, or agents of DraftKings; (b) government entities; (c) the Court, the Court's immediate family, and Court staff; and (d) the attorneys representing the Parties in the Action.

(a)     "District of Columbia Family Member Settlement Class" means all persons in the District of Columbia who are authorized by District of Columbia law, including D.C. CODE ANN. § 16-1702 and/or related statutes, to bring claims on behalf of a family member or next-of-kin who is or was a DFS Participant.

(b)     "Georgia Family Member Settlement Class" means all persons in the State of Georgia who are authorized by Georgia state law, including OFFICIAL CODE. GA. ANN. § 13-8-3 and/or related statutes, to bring claims on behalf of a family member or next-of-kin who is or was a DFS Participant.

(c)     "Illinois Family Member Settlement Class" means all persons in the State of Illinois who are authorized by Illinois state law, including 720 ILL. COMP. STAT. ANN. 5/28-8 and/or related statutes, to bring claims on behalf of a family member or next-of-kin who is or was a DFS Participant.

(d)     "Indiana Family Member Settlement Class" means all persons in the State of Indiana who are authorized by Indiana state law, including IND. CODE ANN. § 34-16-1-4 and/or related statutes, to recover for claims brought on behalf of a family member or next-of-kin who is or was a DFS Participant.

(e)     "Kentucky Family Member Settlement Class" means all persons in the State of Kentucky who are authorized by Kentucky state law, including KY. REV. STAT. § 372.010 to § 372.040 and/or related statutes, to bring claims on behalf of a family member or next-of-kin who is or was a DFS Participant.

(f)     "Massachusetts Family Member Settlement Class" means all persons in the State of Massachusetts who are authorized by Massachusetts state law, including

MASS. GEN. LAWS ANN. CH. 137, § 1 and/or related statutes, to bring claims on behalf of a family member or next-of-kin who is or was a DFS Participant.

(g)     "New Jersey Family Member Settlement Class" means all persons in the State of New Jersey who are authorized by New Jersey state law, including N.J. STAT. ANN. § 2A:40-6 and/or related statutes, to bring claims on behalf of a family member or next-of-kin who is or was a DFS Participant.

(h)     "New Mexico Family Member Settlement Class" means all persons in the State of New Mexico who are authorized by New Mexico state law, including NEW MEXICO STAT. ANN. § 44-5-l to § 44-5-3 and/or related statutes, to bring claims on behalf of a family member or next-of-kin who is or was a DFS Participant.

(i)     "Ohio Family Member Settlement Class" means all persons in the State of Ohio who are authorized by Ohio state law, including OHIO REV. CODE ANN. § 3763.04 and/or related statutes, to bring claims on behalf of a family member or next-of-kin who is or was a DFS Participant.

(j)     "South Carolina Family Member Settlement Class" means all persons in the State of South Carolina who are authorized by South Carolina state law, including S.C. CODE ANN. § 32-1-10 to § 32-1-20 and/or related statutes, to bring claims on behalf of a family member or next-of-kin who is or was a DFS Participant.

(k)     "South Dakota Family Member Settlement Class" means all persons in the State of South Dakota who are authorized by South Dakota state law, including S.D. CODIFIED LAWS §§ 21-6-1, 21-6-2, and/or related statutes, to recover for claims brought on behalf of a family member or next-of-kin who is or was a DFS Participant.

(l)     "Tennessee Family Member Settlement Class" means all persons in the State of Tennessee who are authorized by Tennessee state law, including TENN. CODE ANN. § 28-3-106, § 29-19-l04 to § 29-19-l05, and/or related statutes, to bring claims on behalf of a family member or next-of-kin who is or was a DFS Participant.

## SETTLEMENT CLASS

6.      The Family Member Settlement Class as certified satisfies all the requirements of Rule 23(b)(2) of the Federal Rules of Civil Procedure and the United States Constitution, and any other applicable law as more fully set forth in the Court's Preliminary Approval Order, which is incorporated into this Judgment and Approval Order by this reference.

7.      In certifying this Action as a class action, the Court hereby finds, in part based upon the waiver of affirmative defenses by DraftKings solely with regard to this Action, that:

(a)     the members of the Family Member Settlement Class are so numerous that joinder of all Family Member Settlement Class Members in this Action is impracticable;

(b)     there are questions of law and fact common to the claims of the Family Member Settlement Class;

(c)     the claims of the Class Representative Plaintiffs are typical of the claims or defenses of the Family Member Settlement Class;

(d)     the Class Representative Plaintiffs and Class Counsel have fairly and adequately protected the interests of the Family Member Settlement Class;

(e)     DraftKings has acted or declined to act on grounds that apply generally to the class, so that final injunctive relief is appropriate respecting the Family Member Settlement Class as a whole.

## SETTLEMENT CONSIDERATION

8.      DraftKings and the Class Representative Plaintiffs are hereby ordered to comply with the terms and conditions contained in the Agreement, which is incorporated by reference herein and attached hereto as **Attachment 1**.

9.      The Class Representative Plaintiffs, the Family Member Settlement Class, and/or DraftKings may seek to enforce the provisions of the Agreement by motion to the Court pursuant to the Court's continuing jurisdiction over the Agreement as set forth in Paragraph 16 below.

## APPLICABILITY

10.      The provisions of this Judgment and Approval Order are applicable to and binding upon and inure to the benefit of each party to the Action (including each Family Member Settlement Class Member and each of DraftKings' successors and assigns) as to claims involving DraftKings.

11.      To the extent permitted by law and without affecting the other provisions of this Judgment and Approval Order, this Judgment and Approval Order is intended by the Parties and the Court to be *res judicata* and to prohibit and preclude any prior, concurrent, or subsequent litigation brought individually, or in the name of, and/or otherwise on behalf of the Class Representative Plaintiffs or any Family Member Settlement Class Member with respect to any and all claims, rights, legal theories, alleged violations of law, demands, actions, causes of action, suits, debts, liens, contracts, liabilities, settlement agreements, costs, expenses, or losses arising out of or relating to the matters, whether factual or legal, alleged in the Class Action Complaint or First Amended Class Action Complaint (the "Complaints") as to claims involving DraftKings or which could have been alleged in the Complaints based upon the same alleged facts.

**ATTORNEYS' FEES, COSTS,  AND EXPENSES**
**AND CLASS REPRESENTATIVE PLAINTIFFS SERVICE AWARDS**

12.     DraftKings shall, within thirty (30) business days after the Effective Date, deliver

to Taylor Bartlett, Heninger Garrison Davis LLC, at the address set forth in the Agreement, a

check payable to "Heninger Garrison Davis LLC" in the amount of _____ Dollars and

No Cents ($_____.00) as Class Counsel's attorneys' fees, costs, and expenses.

13.     DraftKings shall, within thirty (30) business days after the Effective Date, deliver

to Class Counsel checks made payable to each Class Representative Plaintiff in the amount of

_____ Dollars and No Cents ($_____.00) each as the Class Representative

Plaintiffs Service Award.

**GENERAL PROVISIONS**

14.     The provisions of this Judgment and Approval Order are entered as a result of a

voluntary settlement of the parties.  The Agreement and this Judgment and Approval Order are

not intended to, and shall not be construed as any admission, express or implied, of any fault,

liability or wrongdoing by DraftKings, or of the accuracy of any of the allegations in the

Complaints.

15.     All terms, provisions, obligations, and rights as contained in the Agreement are

hereby incorporated into this Judgment and Approval Order and the parties are ordered to

perform their obligations thereunder, including, but not limited to, the full release of claims.  The

claims of the Class Representative Plaintiffs and the Family Member Settlement Class as to

claims involving DraftKings shall be and are hereby dismissed with prejudice.  Save and except

as expressly set forth to the contrary in this Judgment and Approval Order and any judgment

issued by this Court regarding Class Counsel's fee application and the Class Representative

Plaintiffs Service Awards, the Class Representative Plaintiffs and Class Counsel shall take

nothing by their claims and each party shall bear their own fees, costs, and expenses in connection with this Action.

16.      Jurisdiction is retained by this Court for three (3) months following the Effective Date for the purpose of enabling any party to this Judgment and Approval Order to apply to the Court at any time for such further orders and directions as may be necessary and appropriate for the construction or carrying out of this Judgment and Approval Order and the Agreement, for the modification of any of the provisions hereof, for enforcement of compliance herewith, and for the punishment of violations hereof.

**IT IS SO ORDERED.**

DATED: _____


_____
Hon. George A. O'Toole, Jr.
United States District Judge


**APPROVED AS TO FORM:**

DATED: _____        **HENINGER GARRISON DAVIS LLC**



By: _____
     Taylor Bartlett
      Attorneys for Class Representative Plaintiffs


DATED: _____        **KING & SPALDING LLP**



By: _____
     Damien J. Marshall
     Attorneys for Defendant DRAFTKINGS INC.

## ATTACHMENT 1

[Fully-Executed Settlement Agreement]