## IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| IN RE: DAILY FANTASY SPORTS LITIGATION | 1:16-md-02677-GAO |

## NOTICE OF WITHDRAWAL OF DAVID F. MCDOWELL

sd-742714

TO THE CLERK OF COURT, ALL PARTIES AND ALL COUNSEL OF RECORD:

**PLEASE TAKE NOTICE** that David F. McDowell hereby withdraws as an attorney of record for Defendants FanDuel, Inc. and FanDuel Deposits, LLC. Copies of all pleadings, notices, and other court documents pertaining to the above-entitled matter should continue to be forwarded to the remaining attorneys of record for Defendants FanDuel, Inc. and FanDuel Deposits, LLC.

Dated: January 27, 2022

Respectfully submitted,

/s/ David F. McDowell

DAVID F. McDOWELL
DMcDowell@mofo.com
MORRISON & FOERSTER LLP
707 Wilshire Boulevard, Suite 6000
Los Angeles, CA 90017-3543
Telephone: (213) 892-5200
Facsimile: (213) 892-5454

***Attorneys for Defendants FanDuel, Inc. and FanDuel Deposits, LLC***

## CERTIFICATE OF SERVICE

I hereby certify that on this 27th day of January 2022, the foregoing document was electronically filed with the Clerk of the Court using the CM/ECF system and will be sent electronically to the registered participants as identified on the Notice of Electronic Filing (NEF), pursuant to Local Rule 5.4(C).

/s/  David F. McDowell
David F. McDowell