UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | ) | |
|---|---|---|
| In re: DAILY FANTASY SPORTS LITIGATION | ) | MDL No. 16-02677-GAO |
| | ) | |
| This Document Relates to: | ) | |
| | ) | |
| All Cases | ) | |
| | ) | |
| | ) | |

**CLASS REPRESENTATIVE PLAINTIFFS' UNOPPOSED MOTION FOR
FINAL APPROVAL OF SETTLEMENT**

Pursuant to Fed. R. Civ. P. 23(e), named family member plaintiffs Leah Boast, Crystal Turner, Rebecca McGuire, Michelle Hodge, Aurora Walker, and Hillary Williams (the "Class Representative Plaintiffs"), individually and on behalf of the Family Member Settlement Class, make this motion for preliminary approval of the proposed settlement with Defendant DraftKings Inc. ("DraftKings" or "Defendant"; together with the Class Representative Plaintiffs, the "Parties"), which DraftKings does not oppose. The Class Representative Plaintiffs respectfully request that the Court:

1. Finally approve the settlement between the Parties, as set forth in the Settlement Agreement (attached as **Exhibit 1**, filed contemporaneously herewith);

2. Enter the Proposed Final Judgment Order (attached as Exhibit 2 to this Motion).

Dated: <u>May 18, 2022</u>   Respectfully submitted,

By: <u>*/s/ Taylor C. Bartlett*</u>
    Taylor C. Bartlett (*Pro Hac Vice*)
    Email: taylor@hgdlawfirm.com

1

**HENINGER GARRISON DAVIS, LLC**
2224 1st Avenue North
Birmingham, Alabama 35203
Telephone: (205) 326-3336
Facsimile: (205) 326-3332

## CERTIFICATE OF SERVICE

I hereby certify that this document filed through the CM/ECF system will be sent electronically to the registered participants as identified on the NEF and paper copies will be sent to any indicated as non-registered participants on May 18, 2022.

*/s/ Taylor C. Bartlett*
Taylor C. Bartlett (Pro Hac Vice)