IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| IN RE: DAILY FANTASY SPORTS LITIGATION<br><br>This Document Relates to:<br>All Cases | MDL No. 1:16-md-02677-GAO |

**JUDGMENT AND ORDER APPROVING SETTLEMENT AND
DISMISSING CLAIMS OF FAMILY MEMBER PLAINTIFFS WITH PREJUDICE**

This matter came before the Court for hearing on June 8, 2022. The Court, having considered the Motions for Preliminary Approval and Final Approval and the declarations in support thereof, the Settlement Agreement dated January 7, 2022 (the "Agreement"), objections and comments received regarding the proposed settlement, the record in the above-captioned action (the "Action"), the evidence presented, and the arguments and authorities presented by counsel, and for good cause appearing,

**IT IS HEREBY ORDERED, ADJUDGED, AND DECREED AS FOLLOWS:**

1. The Court, for purposes of this Judgment and Order Approving Settlement and Dismissing Claims of Family Member Plaintiffs with Prejudice (the "Judgment and Approval Order"), adopts the capitalized terms and their definitions set forth in the Agreement.

2. The Court has jurisdiction over the subject matter of the Action, the Class Representative Plaintiffs, the Family Member Settlement Class Members, and DraftKings.

3. The Court finds that the notice to the Family Member Settlement Class of the pendency of the Action and of this settlement constituted an appropriate notice and is sufficient notice for all purposes to all persons within the definition of the Family Member Settlement Class, and fully satisfies the requirements of due process and of all applicable statutes and laws.

4. The Court hereby adopts and approves the Agreement and the settlement terms and conditions contained therein and finds that it is in all respects fair, reasonable, adequate, just, and in compliance with all applicable requirements of the United States Constitution (including the Due Process Clause) and all other applicable laws, and in the best interest of the Parties and the Family Member Settlement Class.  Any objections have been considered and are hereby overruled.  Accordingly, the Court directs the Parties and their counsel to implement and consummate the settlement in accordance with the terms and conditions of all portions of the Agreement.

5. Pursuant to Rule 23(b)(2) of the Federal Rules of Civil Procedure, the Court hereby finally certifies a Family Member Settlement Class consisting of the District of Columbia Family Member Settlement Class, the Georgia Family Member Settlement Class, the Illinois Family Member Settlement Class, the Indiana Family Member Settlement Class, the Kentucky Family Member Settlement Class, the Massachusetts Family Member Settlement Class, the New Jersey Family Member Settlement Class, the New Mexico Family Member Settlement Class, the Ohio Family Member Settlement Class, the South Carolina Family Member Settlement Class, the South Dakota Family Member Settlement Class, and the Tennessee Family Member Settlement Class.  Excluded from the class are: (a) all persons who are employees, directors, officers, or agents of DraftKings; (b) government entities; (c) the Court, the Court's immediate family, and Court staff; and (d) the attorneys representing the Parties in the Action.

(a) "District of Columbia Family Member Settlement Class" means all persons in the District of Columbia who are authorized by District of Columbia law, including D.C. CODE ANN. § 16-1702 and/or related statutes, to bring claims on behalf of a family member or next-of-kin who is or was a DFS Participant.

(b) "Georgia Family Member Settlement Class" means all persons in the State of Georgia who are authorized by Georgia state law, including OFFICIAL CODE. GA. ANN. § 13-8-3 and/or related statutes, to bring claims on behalf of a family member or next-of-kin who is or was a DFS Participant.

(c) "Illinois Family Member Settlement Class" means all persons in the State of Illinois who are authorized by Illinois state law, including 720 ILL. COMP. STAT. ANN. 5/28-8 and/or related statutes, to bring claims on behalf of a family member or next-of-kin who is or was a DFS Participant.

(d) "Indiana Family Member Settlement Class" means all persons in the State of Indiana who are authorized by Indiana state law, including IND. CODE ANN. § 34-16-1-4 and/or related statutes, to recover for claims brought on behalf of a family member or next-of-kin who is or was a DFS Participant.

(e) "Kentucky Family Member Settlement Class" means all persons in the State of Kentucky who are authorized by Kentucky state law, including KY. REV. STAT. § 372.010 to § 372.040 and/or related statutes, to bring claims on behalf of a family member or next-of-kin who is or was a DFS Participant.

(f) "Massachusetts Family Member Settlement Class" means all persons in the State of Massachusetts who are authorized by Massachusetts state law, including

MASS. GEN. LAWS ANN. CH. 137, § 1 and/or related statutes, to bring claims on behalf of a family member or next-of-kin who is or was a DFS Participant.

(g) "New Jersey Family Member Settlement Class" means all persons in the State of New Jersey who are authorized by New Jersey state law, including N.J. STAT. ANN. § 2A:40-6 and/or related statutes, to bring claims on behalf of a family member or next-of-kin who is or was a DFS Participant.

(h) "New Mexico Family Member Settlement Class" means all persons in the State of New Mexico who are authorized by New Mexico state law, including NEW MEXICO STAT. ANN. § 44-5-l to § 44-5-3 and/or related statutes, to bring claims on behalf of a family member or next-of-kin who is or was a DFS Participant.

(i) "Ohio Family Member Settlement Class" means all persons in the State of Ohio who are authorized by Ohio state law, including OHIO REV. CODE ANN. § 3763.04 and/or related statutes, to bring claims on behalf of a family member or next-of-kin who is or was a DFS Participant.

(j) "South Carolina Family Member Settlement Class" means all persons in the State of South Carolina who are authorized by South Carolina state law, including S.C. CODE ANN. § 32-1-10 to § 32-1-20 and/or related statutes, to bring claims on behalf of a family member or next-of-kin who is or was a DFS Participant.

(k) "South Dakota Family Member Settlement Class" means all persons in the State of South Dakota who are authorized by South Dakota state law, including S.D. CODIFIED LAWS §§ 21-6-1, 21-6-2, and/or related statutes, to recover for claims brought on behalf of a family member or next-of-kin who is or was a DFS Participant.

(l) "Tennessee Family Member Settlement Class" means all persons in the State of Tennessee who are authorized by Tennessee state law, including TENN. CODE ANN. § 28-3-106, § 29-19-l04 to § 29-19-l05, and/or related statutes, to bring claims on behalf of a family member or next-of-kin who is or was a DFS Participant.

## SETTLEMENT CLASS

6. The Family Member Settlement Class as certified satisfies all the requirements of Rule 23(b)(2) and the United States Constitution, and any other applicable law as more fully set forth in the Court's Preliminary Approval Order, which is incorporated into this Judgment and Approval Order by this reference.

7. In certifying this Action as a class action, the Court hereby finds, in part based upon the waiver of affirmative defenses by DraftKings solely with regard to this Action, that:

(a) the members of the Family Member Settlement Class are so numerous that joinder of all Family Member Settlement Class Members in this Action is impracticable;

(b) there are questions of law and fact common to the claims of the Family Member Settlement Class;

(c) the claims of the Class Representative Plaintiffs are typical of the claims or defenses of the Family Member Settlement Class;

(d) the Class Representative Plaintiffs and Class Counsel have fairly and adequately protected the interests of the Family Member Settlement Class;

(e) DraftKings has acted or declined to act on grounds that apply generally to the class, so that final injunctive relief is appropriate respecting the Family Member Settlement Class as a whole.

**SETTLEMENT CONSIDERATION**

8. DraftKings and the Class Representative Plaintiffs are hereby ordered to comply with the terms and conditions contained in the Agreement, which is incorporated by reference herein and attached hereto as **Attachment 1**.

9. The Class Representative Plaintiffs, the Family Member Settlement Class, and/or DraftKings may seek to enforce the provisions of the Agreement by motion to the Court pursuant to the Court's continuing jurisdiction over the Agreement as set forth in Paragraph 16 below.

**APPLICABILITY**

10. The provisions of this Judgment and Approval Order are applicable to and binding upon and inure to the benefit of each party to the Action (including each Family Member Settlement Class Member and each of DraftKings' successors and assigns) as to claims involving DraftKings.

11. To the extent permitted by law and without affecting the other provisions of this Judgment and Approval Order, this Judgment and Approval Order is intended by the Parties and the Court to be *res judicata* and to prohibit and preclude any prior, concurrent, or subsequent litigation brought individually, or in the name of, and/or otherwise on behalf of the Class Representative Plaintiffs or any Family Member Settlement Class Member with respect to any and all claims, rights, legal theories, alleged violations of law, demands, actions, causes of action, suits, debts, liens, contracts, liabilities, settlement agreements, costs, expenses, or losses arising out of or relating to the matters, whether factual or legal, alleged in the Class Action Complaint or First Amended Class Action Complaint (the "Complaints") as to claims involving DraftKings or which could have been alleged in the Complaints based upon the same alleged facts.

**ATTORNEYS' FEES, COSTS, AND EXPENSES
AND CLASS REPRESENTATIVE PLAINTIFFS SERVICE AWARDS**

12. DraftKings shall, within thirty (30) business days after the Effective Date, deliver to Taylor Bartlett, Heninger Garrison Davis LLC, at the address set forth in the Agreement, a check payable to "Heninger Garrison Davis LLC" in the amount of One Hundred Forty Thousand Dollars and No Cents ($140,000.00) as Class Counsel's attorneys' fees, costs, and expenses.

13. DraftKings shall, within thirty (30) business days after the Effective Date, deliver to Class Counsel checks made payable to each Class Representative Plaintiff in the amount of One Thousand Two Hundred Fifty Dollars and No Cents ($1,250.00) each as the Class Representative Plaintiffs Service Award.

**GENERAL PROVISIONS**

14. The provisions of this Judgment and Approval Order are entered as a result of a voluntary settlement of the parties. The Agreement and this Judgment and Approval Order are not intended to, and shall not be construed as any admission, express or implied, of any fault, liability or wrongdoing by DraftKings, or of the accuracy of any of the allegations in the Complaints.

15. All terms, provisions, obligations, and rights as contained in the Agreement are hereby incorporated into this Judgment and Approval Order and the parties are ordered to perform their obligations thereunder, including, but not limited to, the full release of claims. The claims of the Class Representative Plaintiffs and the Family Member Settlement Class as to claims involving DraftKings shall be and are hereby dismissed with prejudice. Save and except as expressly set forth to the contrary in this Judgment and Approval Order and any judgment issued by this Court regarding Class Counsel's fee application and the Class Representative

Plaintiffs Service Awards, the Class Representative Plaintiffs and Class Counsel shall take nothing by their claims and each party shall bear their own fees, costs, and expenses in connection with this Action.

16. Jurisdiction is retained by this Court for three (3) months following the Effective Date for the purpose of enabling any party to this Judgment and Approval Order to apply to the Court at any time for such further orders and directions as may be necessary and appropriate for the construction or carrying out of this Judgment and Approval Order and the Agreement, for the modification of any of the provisions hereof, for enforcement of compliance herewith, and for the punishment of violations hereof.

**IT IS SO ORDERED.**

DATED: June 8, 2022

/s/ George A. O'Toole, Jr.
Hon. George A. O'Toole, Jr.
United States District Judge